```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :     SEALED ORDER
        - v. -                     :
                                   :     22 Cr. ___ (___)
GREGOIRE TOURNANT,                 :
                                   :     22 CRIM 276
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - - x
```

**JUDGE SWAIN**

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Gina Castellano;

It is found that the Indictment in the above-captioned action, 22 Cr. ___, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed on May 17, 2022 at 8:00 a.m., it is therefore

ORDERED that the Indictment, 22 Cr. ___, in the above-captioned action be unsealed on May 17, 2022 at 8:00 a.m., and, upon unsealing, shall remain unsealed pending further order of the Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated: New York, New York
       May 16, 2022

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE