UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No. 22-CR-276-LTS

GREGOIRE TOURNANT,                                        ORDER

          Defendant.

-------------------------------------------------------x

The initial pre-trial conference in this case is scheduled to proceed on **June 2, 2022, at 3:30 p.m**. in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York                   /s/ Laura Taylor Swain_____
       June 1, 2022                            LAURA TAYLOR SWAIN
                                                      Chief United States District Judge