

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 15, 2022

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Gregoire Tournant*, 22 Cr. 276 (LTS)

Dear Chief Judge Swain:

    The parties respectfully submit this letter to the Court, pursuant to Your Honor's instructions at the June 2, 2022 arraignment. The parties are continuing to meet and confer regarding, among other matters, a proposed schedule for pretrial motions. The Government notes that it intends to ask the Court to set a pretrial motion schedule at the September 15, 2022 status conference.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: ___/s_____
    Gina Castellano
    Richard Cooper
    Nicholas Folly
    Margaret Graham
    Assistant United States Attorneys

cc:    Defense counsel (by ECF)