UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                             No.  22-CR-276-LTS

GREGOIRE TOURNANT,                                                                      ORDER

        Defendant.

-------------------------------------------------------x

The pre-trial conference in this case is scheduled to proceed on **September 15, 2022, at 10:00 a.m**. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                                      _/s/ Laura Taylor Swain_____
       September 13, 2022                                       LAURA TAYLOR SWAIN
                                                                               Chief United States District Judge