September 29, 2022

**Via ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Gregoire Tournant*, 22-cr-276 (LTS)

Dear Chief Judge Swain:

  The Government and Mr. Tournant respectfully submit this letter to jointly request that the Court extend the deadline for the parties to submit their joint letter regarding a proposed motion schedule for the first stage of motion practice from September 29, 2022 to October 4, 2022.  (*See* Sept. 15, 2022 Text-Only Order.)  The parties are continuing to meet and confer to reach an agreement on the schedule and request additional time to complete their negotiations.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

| | |
|---|---|
| DAMIAN WILLIAMS<br>United States Attorney | LEVINE LEE LLP |
| | */s/ Seth L. Levine* |
|    *s/*      | Seth L. Levine |
| Nicholas Folly | 1500 Broadway, Suite 2501 |
| Margaret Graham | New York, New York 10036 |
| Allison Nichols | slevine@levinelee.com |
| *Assistant United States Attorneys* | BUCKLEY LLP |
| | */s/ Daniel R. Alonso* |
| | Daniel R. Alonso |
| | 1133 Avenue of the Americas, Suite 3100 |
| | New York, New York 10036 |
| | dalonso@buckleyfirm.com |
| | *Attorneys for Defendant Gregoire Tournant* |

The foregoing extension request is granted.
DE 25 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S. Dist. Judge
September 30, 2022

  cc: All counsel of record (via ECF)