

|  | Daniel R. Alonso |
|---|---|
|  | Partner |
|  | 1133 Avenue of the Americas |
|  | Suite 3100 |
|  | New York, New York 10036 |
|  | T (212) 600-2340 |
|  | dalonso@buckleyfirm.com |

October 21, 2022

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Gregoire Tournant*, **22-cr-276 (LTS)**

Dear Judge Swain,

    We respectfully submit this letter on behalf of Defendant Gregoire Tournant to request that the Court excuse Mr. Tournant from appearing in person at the status conference scheduled for October 27, 2022 at 10:00 AM.[1] As the Court is aware, the conference is expected to involve mainly issues of scheduling and other case planning matters. As Mr. Tournant is facing a number of health issues, being relieved from traveling from the western part of the country for a brief appearance would be greatly appreciated.

    The government has informed us that it takes no position on this application.

    Thank you for your consideration.

Respectfully Submitted,

*/s/ Daniel R. Alonso*
Daniel R. Alonso
1133 Avenue of the Americas, Suite 3100
New York, New York 10036
dalonso@buckleyfirm.com

*Attorney for Defendant Gregoire Tournant*

The foregoing request is granted. DE 36 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
October 24, 2022

cc: Counsel for all parties (via ECF)

---

[1] Mr. Tournant's appearance is not required under Fed. R. Crim. P. 43(a).