UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                    No.  22-CR-276-LTS

GREGOIRE TOURNANT,                                                          <u>Order</u>

       Defendant.

-------------------------------------------------------x

       The pre-trial conference in this case is scheduled to proceed on **October 27, 2022, at 10:00 a.m**. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York                                   /s/ Laura Taylor Swain
       October 26, 2022                                    LAURA TAYLOR SWAIN
                                                                        Chief United States District Judge