# LEVINE LEE LLP
## NEW YORK

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

December 7, 2022

**VIA ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Gregoire Tournant*, 22-cr-276 (LTS)

Dear Chief Judge Swain:

      We write on behalf of Gregoire Tournant to respectfully request a modest modification to the briefing schedule for Mr. Tournant's first-round motions. This is Mr. Tournant's first request for a modification to the briefing schedule. The current schedule calls for Mr. Tournant's opening brief(s) to be filed on December 16, 2022; the Government's opposition brief(s) to be filed on January 20, 2023; and Mr. Tournant's reply brief(s) to be filed on February 10, 2023. (*See* ECF 35.) Mr. Tournant requests a modest one-week adjustment to the briefing schedule. Mr. Tournant proposes the following modified schedule, which the Government consents to:

- **December 23, 2022**: opening brief(s)
- **January 27, 2023**: opposition brief(s)
- **February 17, 2023**: reply brief(s)

      We appreciate the Court's consideration of this request.

The foregoing request is granted. Briefing on the first-round motions shall follow the schedule set out above. DE 42 is resolved.
SO ORDERED.
12/9/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/ Seth L. Levine
Seth L. Levine
Alison M. Bonelli

cc:   Daniel R. Alonso, Esq. (via ECF)
        All Counsel of record (via ECF)