**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGOIRE TOURNANT,<br><br>　　　　　　Defendant. | 22 Cr. 276 (LTS)<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF GREGOIRE TOURNANT'S MOTION TO COMPEL THE GOVERNMENT TO PRODUCE *BRADY* MATERIAL IN THE SEC'S FILES, OR, IN THE ALTERNATIVE, FOR A HEARING

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Seth L. Levine and exhibits thereto, Defendant Gregoire Tournant, by his undersigned counsel, hereby moves this Court for an Order granting his Motion to Compel the Government to Produce *Brady* Material in the SEC's Files, or, in the Alternative, for a Hearing.

Dated: New York, New York
　　　　December 23, 2022

By:　/s/ Seth L. Levine
　　　Seth L. Levine
　　　Alison M. Bonelli

　　　**LEVINE LEE LLP**
　　　1500 Broadway, Suite 2501
　　　New York, New York 10036
　　　Telephone: (212) 223-4400
　　　slevine@levinelee.com
　　　abonelli@levinelee.com

　　　**BUCKLEY LLP**
　　　Daniel R. Alonso
　　　Olivia Rauh
　　　1133 Avenue of the Americas, Suite 3100
　　　New York, New York 10036
　　　dalonso@buckleyfirm.com
　　　orauh@buckleyfirm.com