

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2023

**VIA ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Gregoire Tournant*, 22 Cr. 276 (LTS)

Dear Chief Judge Swain:

Please be advised that I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that you order the Clerk of the Court to terminate my appearance in the above-captioned case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____s/_____
Gina Castellano
Assistant United States Attorney
(212) 637-2224

cc:   Counsel of Record