# EXHIBIT K



*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.*
*FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.*
*SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

# AllianzGI US Structured Alpha Presentation to SDNY US Attorney

*March 1, 2022*

## SULLIVAN & CROMWELL LLP

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

| I | **A Guilty Plea Is A Death Penalty For A Registered Investment Adviser** |
|---|---|
| II | **SDNY Should Not Impose A Corporate Death Penalty On AGI US** |
| III | **SDNY Can Satisfy Its Prosecutorial Objectives With A DPA, Significant Fine And Monitor** |
| IV | **A DPA Is The Right Path Forward** |

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**1**

SDNY_01_000054672

 **A Guilty Plea Is A Death Penalty For A Registered Investment Adviser**

1. **AGI US Overview**

2. **Severe Collateral Consequences Of A Guilty Plea Unique To A Registered Investment Adviser**

3. **AGI US Has Explored All Options To Avoid Those Severe Collateral Consequences**

4. **SDNY Has Sought Only One Guilty Plea Of An Investment Adviser – In More Egregious Circumstances – That Did Not Advise Mutual Funds**

5. **The Precedent Of Setting A Strict Liability Standard For Investment Advisers**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054673



# A Guilty Plea Is A Death Penalty For A Registered Investment Adviser

1. **AGI US Overview**

2. Severe Collateral Consequences Of A Guilty Plea Unique To A Registered Investment Adviser

3. AGI US Has Explored All Options To Avoid Those Severe Collateral Consequences

4. SDNY Has Sought Only One Guilty Plea Of An Investment Adviser – In More Egregious Circumstances – That Did Not Advise Mutual Funds

5. The Precedent Of Setting A Strict Liability Standard For Investment Advisers

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**3**

SDNY_01_000054674

# Allianz Group

- Provides insurance and investment products to more than **100 million** customers

- **More than 1,000** subsidiaries in **70+** countries
  - Includes AGI US, PIMCO and Allianz Life of America

- ~**150,000** employees



https://www.allianz.com/en/about-us/who-we-are/company-structure-holdings.html;
https://www.allianz.com/content/dam/onemarketing/azcom/Allianz_com/about-us/hr-fact-book/HRFactbook_E_210325.pdf.

4

SDNY_01_000054675

# AGI US And Its Direct Affiliates

## 348 employees in 4 US offices

- **186** - **AGI US**

- **132** - **AGI US Holdings LLC** - perform certain control functions for AGI US

- **18** - **AGI Distributors** - distribute AGI US products

- **12** - **Allianz Capital Partners** - rely on AGI US Holdings to provide corporate services

**5**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

# AGI US's Current Offerings Are Traditional, Lower Risk Strategies



FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054677

# AGI US Currently Manages $120 Billion In Third-Party Assets



**$42 B**

**$42 billion managed and distributed in the U.S.**



**$78 B**

**$78 billion managed in the U.S. but distributed in Asia and Europe**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054678



# I — A Guilty Plea Is A Death Penalty For A Registered Investment Adviser

1. AGI US Overview

2. **Severe Collateral Consequences Of A Guilty Plea Unique To A Registered Investment Adviser**

3. AGI US Has Explored All Options To Avoid Those Severe Collateral Consequences

4. SDNY Has Sought Only One Guilty Plea Of An Investment Adviser – In More Egregious Circumstances – That Did Not Advise Mutual Funds

5. The Precedent Of Setting A Strict Liability Standard For Investment Advisers

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054679

# AGI US Is A Registered Investment Adviser





Allianz Global Investors U.S. LLC is registered with the **U.S. Securities and Exchange Commission as an investment adviser** and is also registered with the CFTC and NFA as a commodity trading advisor and commodity pool operator.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054680

# Investment Advisers Convicted Of Crimes Cannot Advise Mutual Funds And Closed-End Funds



Under Section 9(a) of the 1940 Act, a **criminal conviction automatically disqualifies** an investment adviser for **ten years** from acting as:

i.   an investment adviser to any mutual fund or closed-end fund; or

ii.  a principal underwriter for any mutual fund or closed-end fund

15 U.S.C. § 80a-9(a)(1), (2), (3).

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**10**

SDNY_01_000054681

# Investment Advisers Must Be Qualified Professional Asset Managers To Advise ERISA Plans

Under ERISA, a guilty plea by an investment adviser would result in the automatic loss of its QPAM status and disqualify it from advising ERISA plans.



### PTE 84-14

**Availability of QPAM exemption conditioned on:**

"(g) **Neither the QPAM nor any affiliate thereof** (as defined in section VI(d)), nor any owner, direct or indirect, of a 5 percent or more interest in the QPAM is a person **who within the 10 years immediately preceding** the transaction **has been either convicted** or released from imprisonment, whichever is later, **as a result of: Any felony** involving abuse or misuse of such person's employee benefit plan position or employment, or position or employment with a labor organization; any felony **arising out of the conduct of the business of a** broker, dealer, **investment adviser** …"

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054682

 **A Guilty Plea Is A Death Penalty For A Registered Investment Adviser**

1.  AGI US Overview

2.  Severe Collateral Consequences Of A Guilty Plea Unique To A Registered Investment Adviser

3.  **AGI US Has Explored All Options To Avoid Those Severe Collateral Consequences**

4.  SDNY Has Sought Only One Guilty Plea Of An Investment Adviser – In More Egregious Circumstances – That Did Not Advise Mutual Funds

5.  The Precedent Of Setting A Strict Liability Standard For Investment Advisers

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**12**

SDNY_01_000054683

# A Guilty Plea Will Disqualify AGI US Under Section 9(a) Of The Investment Company Act Of 1940



**SEC Investment Management Division has told AGI US that it will not receive a 9(c) waiver if it pleads guilty**

**As a result of a guilty plea, AGI US would be disqualified from managing $111 billion of its $120 billion in third-party assets under management.**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**13**

SDNY_01_000054684

# A Guilty Plea Will Disqualify AGI US From Relying On The QPAM Exemption To Manage ERISA Funds



**The Department of Labor has advised AGI US that it will not grant AGI US a QPAM exemption if it pleads guilty**

**As a result of a guilty plea, AGI US would be disqualified under ERISA from managing approximately $2 billion in third-party assets.**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**14**

# AGI US Explored Multiple Scenarios, But None Avoided The Corporate Death Penalty Of A Guilty Plea

| 1 | Guilty Plea By Another Allianz Entity |
|---|---|
| 2 | Guilty Plea By A Structured Alpha Fund |
| 3 | Guilty Plea By NewCo |
| 4 | Transfer Of AGI US's Assets To Affiliate |
| 5 | Sale Of AGI US's Assets To Third-Party |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054686



# A Guilty Plea Is A Death Penalty For A Registered Investment Adviser

1. AGI US Overview

2. Severe Collateral Consequences Of A Guilty Plea Unique To A Registered Investment Adviser

3. AGI US Has Explored All Options To Avoid Those Severe Collateral Consequences

4. **SDNY Has Sought Only One Guilty Plea Of An Investment Adviser – In More Egregious Circumstances – That Did Not Advise Mutual Funds**

5. The Precedent Of Setting A Strict Liability Standard For Investment Advisers

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**16**

SDNY_01_000054687

# SDNY Practice Has Long Been To Resolve Cases Involving Investment Advisers Without Entity-Level Charge

| | SEC Individual Charges | SEC Entity-Level Fraud Charges | SDNY Individual Charges | SDNY Entity-Level Charge |
|---|:---:|:---:|:---:|:---:|
| FF Fund Management | ✓ | ✓ | ✓ | ☐ |
| International Investment Group | ✓ | ✓ | ✓ | ☐ |
| Premium Point Investments | ✓ | ✓ | ✓ | ☐ |
| Deerfield Management Company | ✓ | ✓ | ✓ | ☐ |
| Sentinel Growth Fund Management | ✓ | ✓ | ✓ | ☐ |
| Morgan Stanley Smith Barney | ✓ | ✓ | ✓ | ☐ |
| Weston Capital Asset Management | ✓ | ✓ | ✓ | ☐ |
| Visium Asset Management | ✓ | ✓ | ✓ | ☐ |
| Artis Capital Management | ✓ | ✓ | ✓ | ☐ |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**17**

SDNY_01_000054688

# SDNY Has Charged Only One Investment Adviser – SAC –
# Which, Unlike AGI US, Did Not Advise Retail Mutual Funds

**S|A|C** *Capital Advisors, LLC*

- "[A] fund that was **riddled with criminal conduct** . . . this Office has successfully **convicted <u>eight SAC employees</u>** of insider trading."

- "[I]nsider trading offenses . . . **made possible by institutional practices** that encouraged the widespread solicitation and use of illegal inside information."

- "**[T]he <u>SAC Owner</u>** and SAC Companies **cultivated an environment that emphasized not discussing Inside Information** openly rather than not seeking or trading on it in the first place."

**"[W]hen so much criminal conduct takes place within one institution, it is appropriate to impose criminal liability on the institution itself."**

https://www.justice.gov/usao-sdny/pr/manhattan-us-attorney-and-fbi-assistant-director-charge-announce-insider-trading-4; Indictment, United States v. S.A.C. Cap. Advisors, L.P. et al., No. 1:13-cr-00541-LTS (S.D.N.Y. July 23, 2013).

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**18**

# SAC "Death Penalty" Was An Intended Consequence Of The Guilty Plea



**Preet Bharara**

*Former US Attorney for the Southern District of New York*

## Letter to Judge Swain & Judge Sullivan, November 4, 2013

"[SAC] also will be required to **terminate [its] investment advisory businesses** . . . . In short the **penalties** . . . are steep but fair, and are **commensurate** with the **breadth and duration** of the charged criminal conduct."

https://www.justice.gov/sites/default/files/usao-sdny/legacy/2015/03/25/U.S.%20v.%20SAC%20Capital%20Advisors%20LLP%2C%20et%20al.%20Cover%20Ltr%2C%20Plea%20Agt%2C%20and%20Stip_1.pdf.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**19**



# A Guilty Plea Is A Death Penalty For A Registered Investment Adviser

1. AGI US Overview

2. Severe Collateral Consequences Of A Guilty Plea Unique To A Registered Investment Adviser

3. AGI US Has Explored All Options To Avoid Those Severe Collateral Consequences

4. SDNY Has Sought Only One Guilty Plea Of An Investment Adviser – In More Egregious Circumstances – That Did Not Advise Mutual Funds

5. **The Precedent Of Setting A Strict Liability Standard For Investment Advisers**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054691

# Requiring A Guilty Plea By AGI US Would Create A Strict Liability Precedent For Investment Advisers

Requiring an entity-level guilty plea for criminal conduct within an investment adviser could **shutter multi-trillion-dollar asset management businesses.**

| Entity | AUM of Asset Management Business (Trillion) |
|---|---|
| BlackRock | ~$8.6 |
| Vanguard | ~$7.2 |
| Fidelity | ~$3.7 |
| STATE STREET | ~$3.4 |
| CAPITAL GROUP | ~$2.3 |
| JPMorgan Chase & Co. | ~$2.3 |
| PIMCO | ~$2.1 |
| BNY MELLON | ~$2.1 |
| Amundi | ~$2.1 |
| Goldman Sachs | ~$1.9 |

AUM figures as of Dec. 31, 2020 from Investment & Pensions Europe (June 2021) (reported in Euros).

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

21

SDNY_01_000054692



# SDNY Should Not Impose A Corporate Death Penalty On AGI US

1. **The Misconduct Was Limited To Three PMs**

2. AGI US Has No History Of Misconduct

3. Allianz SE Has Agreed To Pay Over $4 Billion To Compensate Investors

4. AGI US And Allianz SE Have Fully Cooperated With SDNY

5. A Guilty Plea Will Harm Innocent Investors, Employees And Affiliates

6. Weaknesses In AGI US's Controls Do Not Merit A Guilty Plea

7. SDNY Has Consistently Resolved Cases With Significant Control Failures Without Guilty Pleas

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**22**

SDNY_01_000054693

# The Misconduct Was Committed By Only A Small Group of Rogue Employees



**Draft Statement Of Facts**, February 24, 2022

"2.      The **misconduct occurred only within the small Structured Products Group** at AGI US. . ."

  

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**23**

SDNY_01_000054694

# PMs Brought Structured Alpha To AGI US



**May 2006** Launch of **SA US Equity 250 and SA 500**

**August 2008** Launch of **SA US Equity 500**

**2011** Launch of **SA 1000**

**2012** Launch of **SA 1000 Plus**

| 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |

OPPENHEIMER

Allianz Global Investors

**August 2005**
Tournant developed SA strategy in 2005 at Oppenheimer Capital. Bond-Nelson worked on SA with Tournant since its inception.

**2007**
Tournant left Oppenheimer and joined Innovative Options (Taylor's Company); sub-advisers to the SA funds.

**2008**
Tournant and Taylor joined AGI.

- Tournant and Taylor played tennis on their college team.

- Tournant was the best man at Taylor's wedding.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

24

# The PMs Violated Multiple AGI US Policies



FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054696

# The PMs Concealed Their Misconduct

- **The PMs manually manipulated** computer-generated data

- In many instances, determining whether reports were altered **required comparing reports sent to clients to Structured Products Ribbon and PM Access Database**



SDNY_01_000054697

# No One Outside Of The Structured Products Group Knew of The Misconduct



**Draft Statement Of Facts**, February 24, 2022

". . . There is **no evidence that anyone at AGI US outside of the Structured Products Group was aware of the misconduct** before March 2020. . . ."

**11 out of 291**

SDNY_01_000054698



## SDNY Should Not Impose A Corporate Death Penalty On AGI US

1. The Misconduct Was Limited To Three PMs

2. **AGI US Has No History Of Misconduct**

3. Allianz SE Has Agreed To Pay Over $4 Billion To Compensate Investors

4. AGI US And Allianz SE Have Fully Cooperated With SDNY

5. A Guilty Plea Will Harm Innocent Investors, Employees And Affiliates

6. Weaknesses In AGI US's Controls Do Not Merit A Guilty Plea

7. SDNY Has Consistently Resolved Cases With Significant Control Failures Without Guilty Pleas

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

28

SDNY_01_000054699

  

# AGI US has
# no history of misconduct

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054700

# Corporate Guilty Pleas Typically Reserved for Recidivists





*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**30**

SDNY_01_000054701

# Corporate Guilty Pleas Typically Reserved for Recidivists





**Even after 2015 guilty plea, JPM allowed to enter another DPA in 2020**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

31

SDNY_01_000054702



## SDNY Should Not Impose A Corporate Death Penalty On AGI US

1.  The Misconduct Was Limited To Three PMs

2.  AGI US Has No History Of Misconduct

3.  **Allianz SE Has Agreed To Pay Over $4 Billion To Compensate Investors**

4.  AGI US And Allianz SE Have Fully Cooperated With SDNY

5.  A Guilty Plea Will Harm Innocent Investors, Employees And Affiliates

6.  Weaknesses In AGI US's Controls Do Not Merit A Guilty Plea

7.  SDNY Has Consistently Resolved Cases With Significant Control Failures Without Guilty Pleas

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

32

# AGI US Does Not Have The Ability To Compensate Investors Or Pay Fines To DOJ Or SEC



**AGI US Ability To Pay Questionnaire**

**AGI US Audited Financial Statements 2020**

**Total capital    $ 17,139,299**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054704

# No Other Allianz Entity Was Aware Of The PMs' Misconduct



**Draft Statement Of Facts**, February 24, 2022

". . . Last, there is **no evidence that anyone at any other organizations** that fall within the broader umbrella of the **parent company** Allianz SE was **aware** of or **participated in the misconduct**."

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.   FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.   SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

34

SDNY_01_000054705

# Allianz SE Has Already Paid $3.5 Billion To Compensate Over 30 Of The Largest Investors

## Bartlit Beck Investors



- AARP
- AARP Employees' Pension Plan
- AARP Foundation
- AARP Insurance Plan



- BCBS Association Federal Employee Program
- BCBS Association Operating
- BCBS of Michigan Employees' Master Retirement Trust
- BCBS of Michigan Foundation
- National Retirement Trust (BCBS)



- The Bank of New York Mellon, as Trustee of the Raytheon Master Pension Trust

## Bernstein Litowitz Investors

 Arkansas Teacher Retirement System

 Carpenters Trusts of Western Washington

Christian Brothers Employee Benefit Trust

 Christian Brothers Employee Retirement Plan

Christian Brothers Services

 Employees' Retirement System of the City of Milwaukee

 General Pension Plan of the International Union of Operating Engineers

 Laborers' Pension Fund

Ironworkers Mid-America Pension Plan

 Milwaukee Drivers Pension Trust Fund

 Multifund B.V.

 Nederlandia Investments B.V.

 Ohio Operating Engineers Health & Welfare Plan

Ohio Operating Engineers Pension Fund

 Pension Fund of Cement Masons Union Local No. 502

 Retirement Board of Bert Bell/Pete Rozelle NFL Player Retirement Plan

 San Diego City Employees' Retirement System

 The Ohio State University

## Kaplan Fox Investors



- Chicago Area I.B. of T. Pension Trust Fund
- Local 703 I.B. of T., Grocery & Food Employees' Pension Trust



- Texas Treasury Safekeeping Trust Company
- Texas Treasury Safekeeping Trust Company f/b/o Texas Water Development Board

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054706

# Allianz SE Has Already Paid $3.5 Billion To Compensate Over 30 Of The Largest Investors



Settlements reached represent **74%** of post-December 2019 losses for all investors.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054707

# Allianz SE Has Generously Compensated Investors



| Actual Settlement Payment | $642.9 million |
| Lost Principal | $10.7 million |

## Settlement represents 5,989% of lost principal

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054708

# Allianz SE Has Generously Compensated Investors



| Actual Settlement Payment | $1.49 billion |
|---|---|
| **Lost Principal** | **$655.4 million** |

## Settlement represents 228% of lost principal

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054709

# Allianz SE Has Generously Compensated Investors



| Actual Settlement Payment | $123.4 million |
|---|---|
| Lost Principal | $58.1 million |

## Settlement represents 212% of lost principal

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**39**

SDNY_01_000054710

# Allianz SE Has Generously Compensated Investors



| | |
|---|---|
| **Actual Settlement Payment** | **$148 million** |
| **Lost Principal** | **$83.8 million** |

# Settlement represents 177% of lost principal

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054711

# Allianz SE Has Generously Compensated Investors

 **Ohio Operating Engineers Funds**

**Actual Settlement Payment**   $89.7 million

**Lost Principal**   $58.7 million

## Settlement represents **153%** of lost principal

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054712

# Allianz SE Currently Plans To Provide Funding For Compensation For Remaining Investors

**Allianz SE is engaged in negotiations with remaining investors**

 Alaska Laborers-Employers Retirement Fund Trust

 Georgetown Memorial Hospital

 Georgia Stevedore Association - International Longshoremen's Association Pension and Welfare Funds

 Halifax Regional Medical Center Employees' Pension Plan

 I.B.E.W. Local 769 - Management Pension Plan

 IBEW Local No. 38 Pension Fund Pension Plan

 Kershaw Health, Inc. Employees' Pension Plan

 Lehigh University

 Manhattan & Bronx Surface Transit Operating Authority (MaBSTOA) Pension Plan

 Marco Consulting Group Trust I

 Metropolitan Transportation Authority (MTA) Retiree Welfare Benefits Plan

 MTA Master Trust

 Phoenix Health Care Management Services, Inc

 San Diego County Construction Laborers Pension Fund

 Southeast Georgia Health System, Inc.

 The J. Paul Getty Trust

 United Food and Commercial Workers Union and Employers Midwest Pension Fund

 University Health Inc.

 University Medical Associates of the Medical University of South Carolina

 Vizient Southern States, Inc

**Allianz SE has begun mediation with class plaintiffs**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054713

# Allianz SE Is Prepared To Pay Fines To DOJ And SEC Only With DPA



**Guilty plea will destroy AGI US** with an enterprise value of **$2.5 - $3 billion**

Allianz SE can only pay amounts on behalf of AGI US **consistent with its duties** to its **shareholders and German corporate governance principles.**

In the event of a guilty plea, Allianz SE may have to **place AGI US into bankruptcy.**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054714



## SDNY Should Not Impose A Corporate Death Penalty On AGI US

1. The Misconduct Was Limited To Three PMs

2. AGI US Has No History Of Misconduct

3. Allianz SE Has Agreed To Pay Over $4 Billion To Compensate Investors

4. **AGI US And Allianz SE Have Fully Cooperated With SDNY**

5. A Guilty Plea Will Harm Innocent Investors, Employees And Affiliates

6. Weaknesses In AGI US's Controls Do Not Merit A Guilty Plea

7. SDNY Has Consistently Resolved Cases With Significant Control Failures Without Guilty Pleas

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

44

SDNY_01_000054715

# AGI US Provided Valuable Cooperation To SDNY



**July 13, 2021**
Obstruction communications, Texas ERS Greeks, Dark Knight phone

**Aug. 19, 2021**
Forensic Review Part I

**Sept. 24, 2021**
DOJ follow-up to Forensic Review Part I

**Oct. 7, 2021**
Forensic Review Part II

**Oct. 29, 2021**
Hedging

**Nov. 4, 2021**
Interview readouts on hedging

**Nov. 5, 2021**
Interview readouts on altered reports

**Nov. 15, 2021**
DOJ follow-ups to Forensic Review Part II

**Nov. 17, 2021**
Corporate responsibility of Allianz SE and AllianzGI GmbH

**Nov. 18, 2021**
Investor losses

**Dec. 8, 2021**
DOJ additional follow-up to Forensic Review presentations

**Dec. 14, 2021**
"Filip Factors" Part I

**Jan. 6, 2022**
Interview readouts and call on BCBS Variable Alpha target funds

**Jan. 7, 2022**
Interview readouts on obstruction

**Jan. 20, 2022**
"Filip Factors" Part II

**Feb. 9, 2022**
Internal Controls

| JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER | JANUARY | FEBRUARY |
|------|--------|-----------|---------|----------|----------|---------|----------|

**Continuous and proactive cooperation over the last 8 months**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

45

SDNY_01_000054716

# AGI US Conducted Resource-Intensive Forensic Review Of Client Reporting Issues To Assist SDNY

## S&C and NERA devoted **over 16,700 hours** to forensic review



### Results of AGI US forensic review are reflected in Statement of Facts

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

46

SDNY_01_000054717

# Results Of AGI US Forensic Review Are Reflected In Statement Of Facts



**Draft Statement Of Facts**, February 24, 2022

"12(b).   **Risk Reports:** . . . AGI US employees altered **over 75 risk reports** that went to **six investors** and **four consultants** . . . ."





FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

47

SDNY_01_000054718

# Results Of AGI US Forensic Review Are Reflected In Statement Of Facts



**Draft Statement Of Facts**, February 24, 2022

"**12(c). Greeks:** . . . Dozens of altered Greeks were sent to approximately **nine investors** and **six consultants** that advised approximately **35 additional investors**."





FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**48**

SDNY_01_000054719

# Results Of AGI US Forensic Review Are Reflected In Statement Of Facts



**Draft Statement Of Facts**, February 24, 2022

"12(h).   **Positions Data:** On at least one occasion, Tournant **manually altered holdings data that was sent to one investor**, including by changing short positions to make them look like long puts, i.e. tail risk hedges."





FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054720

# Results Of AGI US Forensic Review Are Reflected In Statement Of Facts



**Draft Statement Of Facts**, February 24, 2022

"12(f).   **Expected Value Sheets:** AGI US employees **changed expected value ('EV') sheets** that were shown to investors, so that the potential losses on certain positions appeared smaller . . . ."





FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

50

SDNY_01_000054721

# Results Of AGI US Forensic Review Are Reflected In Statement Of Facts



**Draft Statement Of Facts**, February 24, 2022

"12(d).   **Performance Data:** AGI US employees **altered daily performance data** that went to at least **three investors** by 'smoothing' the Funds' day-to-day response to market downturns."





FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

51

SDNY_01_000054722

# By Requiring Guilty Plea, SDNY Will Disincentivize Corporations from Doing the Right Thing

 Allianz SE has **paid billions of dollars** to compensate investors when it had **no legal duty to do so.**

 AGI US has provided **valuable cooperation** to SDNY – **above and beyond** what is required by DOJ policy.

 AGI US will be unable to continue cooperating effectively in the prosecution of the PMs if AGI US is shut down by a guilty plea.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**52**

SDNY_01_000054723

# SDNY Agrees To DPAs In Cases Where Defendants Provide Valuable Cooperation



**Preet Bharara**

*Former US Attorney for the Southern District of New York*

**Press Conference Announcing GM DPA, Sept. 17, 2015**

"[C]ompanies **should be encouraged** to act as GM did here to **help the truth come out faster, to help victims' families get compensated earlier**, to weed out the bad actors faster, to do everything they can to make sure tragedies like those that unfolded in this case never happen again."

## Allianz SE and AGI US have provided valuable cooperation

https://www.justice.gov/usao-sdny/video/manhattan-us-attorney-announces-criminal-charges-against-general-motors-and-deferred).

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

53

 **SDNY Should Not Impose A Corporate Death Penalty On AGI US**

1. The Misconduct Was Limited To Three PMs

2. AGI US Has No History Of Misconduct

3. Allianz SE Has Agreed To Pay Over $4 Billion To Compensate Investors

4. AGI US And Allianz SE Have Fully Cooperated With SDNY

5. **A Guilty Plea Will Harm Innocent Investors, Employees And Affiliates**

6. Weaknesses In AGI US's Controls Do Not Merit A Guilty Plea

7. SDNY Has Consistently Resolved Cases With Significant Control Failures Without Guilty Pleas

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**54**

SDNY_01_000054725

# A Guilty Plea By AGI US Will Adversely Impact Investors Who Invest Through Intermediaries And Institutions



**Americas: 178** intermediaries/ institutional clients

**EMEA: 1,376** intermediaries/ institutional clients

**APAC: 276** intermediaries/ institutional clients

**Millions of retail investors will be directly affected worldwide as a result of AGI US guilty plea**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

55

SDNY_01_000054726

# Guilty Plea Will Cause Mass Exodus Of AGI US Employees, Creating Chaotic Unwind Situation That Will Harm Investors

## 100% of AGI US employees are at will and can leave upon the entry of a guilty plea

| | |
|---|---|
| **PM Teams** | **Orphaned funds with no one experienced to manage the $120 billion in third-party AUM** |
| **Risk Management** | **No one to manage the risk during the volatile markets caused by Russian invasion of Ukraine** |
| **Relationship Managers** | **No one to respond to investor redemption requests** |
| **Legal Personnel** | **No one to handle the wind-down of the funds and respond to requests from foreign regulators in jurisdictions where AGI US advises funds** |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

56

SDNY_01_000054727

# A Guilty Plea By AGI US Will Adversely Impact Millions Of Investors



**Upon entry of a guilty plea, AGI US will have to begin unwinding and liquidating positions in funds with $120 billion in AUM**

**During this wind-down period, investors likely will rush to exit the funds creating the risk of investor losses and potential halts on investor withdrawals.**

**US investors will likely suffer losses during the wind-down process.**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054728

# A Guilty Plea Will Put 348 US Employees Out Of Work

**132 employees**

Allianz Global Investors U.S. Holdings LLC

| Allianz Global Investors U.S. LLC | Allianz Capital Partners of America LLC | Allianz Global Investors Distributors LLC |

**186 employees**     **12 employees**     **18 employees**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054729

# Dozens Of "Unskilled" AGI Employees Are Unlikely To Find Equivalent Jobs



**Robert G.**

**Analyst NE**
*25 years at AGI*

**Majivel S.**

**Assistant**
*21 years at AGI*

**Leticia E.**

**Office Administrator**
*7 years at AGI*

**Nicholas W.**

**Document Specialist**
*5 years at AGI*

**Jessica S.**

**HR Generalist**
*6 years at AGI*

**Vikki R.**

**Assistant**
*5 years at AGI*

## No involvement in the misconduct

**Jane V.**

**Location Manager**
*25 years at AGI*

**Susan S.**

**Receptionist**
*15 years at AGI*

**Jimmy S.**

**Assistant**
*15 years at AGI*

**Allison E.**

**Assistant**
*5 years at AGI*

**Patrick M.**

**Analyst NE**
*21 years at AGI*

**Susan B.**

**Assistant**
*15 years at AGI*

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**59**

# A Guilty Plea By AGI US Would Cause Substantial Job Losses Globally

**348 jobs lost in US**

**~100 jobs lost in Europe**

**~300 jobs lost in Asia**







## Over 700 jobs lost worldwide as a result of AGI US guilty plea

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054731

# A Guilty Plea Will Destabilize Germany's Largest Financial Institution In A Time Of Global Turmoil



**REUTERS**

## LIVE MARKETS Germany's DAX faces worst day since COVID-19 crash

**The New York Times**

## Stocks and Energy Markets Whipsaw After Russian Attack on Ukraine

**THE WALL STREET JOURNAL.**

## Russian Invasion Scrambles Prospects for Global Economy

**THE WALL STREET JOURNAL.**

## Ukraine War Means Another Supply Shock to Global Economy, the Last Thing It Needs



**REUTERS**

## Global finance grapples with Ukraine crisis as shares slump



**REUTERS**

## Markets brace for heavy falls as Russia-Ukraine crisis escalates

https://www.reuters.com/markets/stocks/live-markets-germanys-dax-faces-worst-day-since-covid-19-crash-2022-02-24/; https://www.nytimes.com/2022/02/24/business/economy/stock-market-today.html; https://www.reuters.com/markets/europe/european-finance-reacts-ukraine-conflict-with-emergency-plans-bond-freezes-2022-02-24/; https://www.wsj.com/articles/ukraine-war-means-another-supply-shock-to-global-economy-the-last-thing-it-needs-11645785001; https://www.wsj.com/articles/russian-invasion-scrambles-prospects-for-global-economy-11645699066#:~:text=Russia's%20invasion%20of%20Ukraine%20heaped,and%20its%20allies%20have%20promised.; https://www.reuters.com/markets/europe/markets-brace-heavy-falls-russia-ukraine-crisis-escalates-2022-02-21/.

SDNY_01_000054732

# Following AGI US Guilty Plea, Innocent Affiliates Will Face Heightened Scrutiny From Clients And Potential Clients

PIMCO





## Representative RFP Questions

"**List any** current or historical civil or **criminal proceeding** or investigations against the firm, a principal or key employee of the firm, or **any affiliate of the firm**."

"**Has** the firm, its **affiliates**, any of its investment vehicles or its principals been **subject to:** any threatened or pending litigation; **criminal**, civil or administrative **proceedings** . . . ? **If yes, explain** and attach supporting documentation."

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054733

# A Guilty Plea Would Be A "Corporate Death Penalty" For AGI US



**Mary Jo White**

*Former US Attorney for The Southern District Of New York*

**Corporate Crime Reporter Interview, December 12, 2005**

"[E]very prosecutor, certainly if they are doing their job right, is very **concerned about the impact on the innocent employees or shareholders**, if you bring a corporate charge."

Interview by Corporate Crime Reporter with Mary Jo White, Partner, Debevoise & Plimpton LLP (Dec. 12, 2005), available at http://www.corporatecrimereporter.com/maryjowhiteinterview010806.htm.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**63**

SDNY_01_000054734

## II SDNY Should Not Impose A Corporate Death Penalty On AGI US

1. The Misconduct Was Limited To Three PMs

2. AGI US Has No History Of Misconduct

3. Allianz SE Has Agreed To Pay Over $4 Billion To Compensate Investors

4. AGI US And Allianz SE Have Fully Cooperated With SDNY

5. A Guilty Plea Will Harm Innocent Investors, Employees And Affiliates

6. **Weaknesses In AGI US's Controls Do Not Merit A Guilty Plea**

7. SDNY Has Consistently Resolved Cases With Significant Control Failures Without Guilty Pleas

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054735

# Failure To Detect Misconduct Does Not Warrant A Guilty Plea



**U.S. Department of Justice Criminal Division Evaluation of Corporate Compliance Programs (Updated June 2020)**

"[I]t is important to note that **the existence of misconduct does not, by itself, mean that a compliance program did not work or was ineffective** at the time of the offense."

**United States Sentencing Commission Guidelines Manual, §8B2.1(a) Effective Compliance and Ethics Program (2021)**

"The **failure to prevent or detect the instant offense does not necessarily mean that the program is not generally effective** in preventing and detecting criminal conduct."

https://www.justice.gov/criminal-fraud/page/file/937501/download; https://guidelines.ussc.gov/gl/§8B2.1.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054736

# Compliance Program Requirements:
# Rule 206(4)-7 Under The Investment Advisers Act

## Rule 206(4)-7, 17 C.F.R. § 275.206(4)–7



"(a) **Policies and procedures**. Adopt and implement written policies and procedures **reasonably designed to prevent violation**, by you and your supervised persons, of the Act and the rules that the Commission has adopted under the Act;



(b) **Annual review**. Review, no less frequently than annually, the **adequacy of the policies and procedures** established pursuant to this section and the effectiveness of their implementation; and



(c) **Chief compliance officer**. Designate an individual (who is a supervised person) responsible for administering the policies and procedures that you adopt under paragraph (a) of this section."



Investment Advisers Act Rule 206(4)-7, 17 C.F.R. §275.206(4)–7.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

66

SDNY_01_000054737

# Legal & Compliance Was Adequately Resourced

**McKinsey Benchmarking: AllianzGI spend on Legal & Compliance exceeds industry peers based on operating cost margin.**

**McKinsey 2021 Global Asset Management Survey: Preliminary Summary Results**



- Average global annual budget for Legal & Compliance from 2016 to 2021 was **$36.5 million**

### Peers include:

     

      

McKinsey 2021 Global Asset Management Survey - Preliminary summary results, at 5.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054738

# PwC Consistently Found That AGI US's Controls Were Suitably Designed





**2018, 2019, and 2020 PwC Reports on AGI US's Controls**

"In our opinion . . .

- the **controls** related to the control objectives . . . **were suitably designed to provide reasonable assurance that the control objectives would be achieved if the controls operated effectively** throughout the period November 4, 2019 to October 31, 2020 and subservice organizations and user entities applied the complementary controls."

"Report on AllianzGI US' Description of Its Investment Adviser System and on the Suitability of the Design and Operating Effectiveness of Controls throughout the period November 4, 2019 - October 31, 2020, at 7."

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**68**

# Compliance Acts With Independent "Authority and Stature"

| DOJ Guidance | Compliance |
|---|---|
| **"[S]ufficient seniority within the organization"** | • Run by **Chief Compliance Officer** with over 30 years of experience in compliance and internal audit |
| **"[S]ufficient resources, namely, staff to effectively undertake the requisite auditing, documentation, and analysis"** | • Staffed by **14 US employees**<br>• Benchmarking shows global spend on Compliance **exceeds industry peers**<br>• Actively monitors trading through daily reporting and imposition of pre-approval requirements |
| **"[S]ufficient autonomy from management"** | • Access to Legal, Compliance and Risk Committee<br>• **No reporting lines to business**<br>• **Compensation not dependent on business** |

U.S. Department of Justice Criminal Division, Evaluation of Corporate Compliance Programs (Updated June 2020).

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**69**

# Enterprise Risk Management (ERM) Was Adequately Resourced

**McKinsey Benchmarking: AllianzGI spend on ERM exceeds industry peers based on operating cost margin.**

**McKinsey 2021 Global Asset Management Survey: Preliminary Summary Results**



- Average global annual budget for ERM from 2016-2021 was **$14.9 million**

## Peers include:

     

      

McKinsey 2021 Global Asset Management Survey - Preliminary summary results, at 5.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**70**

SDNY_01_000054741

# ERM Was Independent



**Draft Statement Of Facts**, February 24, 2022

"18.   . . . the risk function was not truly independent."

 ERM did not report to PMs

 ERM's compensation was not tied to performance of any portfolio

 Data for ERM analyses sourced from back office or custodial bank

 ERM did not rely on models generated by investment teams

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**71**

SDNY_01_000054742

# ERM Acts With Independent "Authority and Stature"

| DOJ Guidance | ERM |
|---|---|
| **"[S]ufficient seniority within the organization"** | • Run by **US Head Of Risk** with over 20 years of experience in risk management |
| **"[S]ufficient resources, namely, staff to effectively undertake the requisite auditing, documentation, and analysis"** | • Staffed by **5 US employees** and supported by **European risk team**<br>• Benchmarking shows global spend on ERM **exceeds industry peers**<br>• Actively monitors stress tests, VaR, and other risk metrics |
| **"[S]ufficient autonomy from management"** | • Access to Legal, Compliance and Risk Committee<br>• **No reporting lines to business**<br>• **Compensation not dependent on business** |

U.S. Department of Justice Criminal Division, Evaluation of Corporate Compliance Programs (Updated June 2020).

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

72

SDNY_01_000054743



## SDNY Should Not Impose A Corporate Death Penalty On AGI US

1. The Misconduct Was Limited To Three PMs

2. AGI US Has No History Of Misconduct

3. Allianz SE Has Agreed To Pay Over $4 Billion To Compensate Investors

4. AGI US And Allianz SE Have Fully Cooperated With SDNY

5. A Guilty Plea Will Harm Innocent Investors, Employees And Affiliates

6. Weaknesses In AGI US's Controls Do Not Merit A Guilty Plea

7. **SDNY Has Consistently Resolved Cases With Significant Control Failures Without Guilty Pleas**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054744

# SDNY Has Never Required A Guilty Plea Based On Deficient Internal Controls

Even if AGI US's internal controls were deficient, that still **would not warrant a guilty plea** here.

Even in cases where control failures **contributed to the fraud or allowed the fraud to continue** undetected, SDNY **did not require a guilty plea.**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054745

# SDNY Practice Is To Resolves Cases With Significant Control Failures Without Entity-Level Guilty Plea

| | Regulator Charges Entity With Control Failures | SDNY Charges Individual | SDNY Entity-Level Guilty Plea |
|---|:---:|:---:|:---:|
| JPMorgan "London Whale" | ✓ | ✓ | ☐ |
| JPMorgan "Madoff" | ✓ | ✓ | ☐ |
| Visium Asset Management | ✓ | ✓ | ☐ |
| Deerfield Management Company | ✓ | ✓ | ☐ |
| Morgan Stanley Smith Barney | ✓ | ✓ | ☐ |
| Herbalife | ✓ | ✓ | ☐ |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054746

# SDNY Has Not Required A Guilty Plea In Cases With Similar Control Failures



**Draft Statement Of Facts**, February 24, 2022

"16.      The ability of the portfolio managers to deviate from the representations that had been made to investors was only possible because of fundamental **failures in the control functions** at AGI[.]"



JPMORGAN CHASE & CO. ("London Whale")  **2013**

SEC found JPM had "**woefully deficient**" **controls**, "**insufficiently supervised**" traders and "**did not adequately document**" policies.

https://www.sec.gov/news/press-release/2013-187; https://www.sec.gov/litigation/admin/2013/34-70458.pdf.

SDNY_01_000054747

# SDNY Has Not Required A Guilty Plea In Cases With Similar Control Failures



**Draft Statement Of Facts**, February 24, 2022

"16.      The ability of the portfolio managers to deviate from the representations that had been made to investors was only possible because of fundamental **failures in the control functions** at AGI[.]"

**NO CHARGE**

 

**2016**

SEC found "Visium **failed to enforce policies and procedures** reasonably designed to prevent the misuse of [MNPI]."

https://www.sec.gov/litigation/admin/2018/33-10494.pdf.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054748

# SDNY Has Not Required A Guilty Plea In Cases With Similar Control Failures



**Draft Statement Of Facts**, February 24, 2022

"16.      The ability of the portfolio managers to deviate from the representations that had been made to investors was only possible because of fundamental **failures in the control functions** at AGI[.]"

**NO CHARGE**



**2017**

SEC found Morgan Stanley "**failed to have reasonably designed policies and procedures** in place **to prevent its advisory representatives from misusing or misappropriating funds**."

https://www.sec.gov/news/press-release/2018-124.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054749

# SDNY Has Not Required A Guilty Plea In Cases With Similar Control Failures



**Draft Statement Of Facts**, February 24, 2022

"16.      The ability of the portfolio managers to deviate from the representations that had been made to investors was only possible because of fundamental **failures in the control functions** at AGI[.]"

**DPA**        **2020**

SEC found "[Herbalife] **failed to detect and prevent** improper payments and benefits and the falsified expense reports."

https://www.sec.gov/news/press-release/2020-197.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054750

# SDNY Has Not Required A Guilty Plea In Cases With Similar Control Failures



**Draft Statement Of Facts**, February 24, 2022

"17.      [N]either ERM nor any other independent entity was tasked with **monitoring whether AGI US was adhering to its representations to investors** in the management of the Funds."

**NO CHARGE**





**2016**

SEC found "Visium **failed to update or revise** its valuation-related disclosures to reflect its actual practices."

https://www.sec.gov/litigation/admin/2018/33-10494.pdf.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054751

# SDNY Has Not Required A Guilty Plea In Cases With Similar Control Failures



**Draft Statement Of Facts**, February 24, 2022

"19.      Although [the 2017] audit identified red flags that, if pursued, might have led to identification of the fraud, **no meaningful follow up was conduct[ed]**."



NO CHARGE

JPMorgan Chase & Co.  ("London Whale")    **2013**

SEC found that "[S]enior management . . . **failed to timely escalate** and share [troubling] information with the firm's audit committee."

https://www.sec.gov/news/press-release/2013-187.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054752

# SDNY Has Not Required A Guilty Plea In Cases With Similar Control Failures



**Draft Statement Of Facts**, February 24, 2022

"19.        Although [the 2017] audit identified red flags that, if pursued, might have led to identification of the fraud, **no meaningful follow up was conduct[ed]**."

 **DPA**    JPMorgan Chase & Co.  ("Madoff")    **2014**

"While the suspicions . . . led to JPMorgan's own redemptions . . . **JPMorgan never looked into Madoff**."

https://www.justice.gov/usao-sdny/pr/manhattan-us-attorney-and-fbi-assistant-director-charge-announce-filing-criminal.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

82

# SDNY Has Not Required A Guilty Plea In Cases With Similar Control Failures



**Draft Statement Of Facts**, February 24, 2022

"19. Although [the 2017] audit identified red flags that, if pursued, might have led to identification of the fraud, **no meaningful follow up was conduct[ed]**."

  **2018**

"The **conduct continued despite the ongoing awareness of SG's Group Compliance**."

https://www.justice.gov/usao-sdny/pr/manhattan-us-attorney-announces-criminal-charges-against-soci-t-g-n-rale-sa-violations.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES* **83**

SDNY_01_000054754

 **SDNY Can Satisfy Its Prosecutorial Objectives With A DPA, Significant Fine And Monitor**

1. **SDNY's deterrence objectives can be fully satisfied by (i) the imposition of a significant fine and (ii) prosecuting the PMs**

2. A three-year monitor will ensure an appropriate control environment

3. The institution of a strict liability enforcement regime for investment advisers would undermine long-term prosecutorial objectives

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054755

# DPA Will Achieve The Enforcement Objective Of Deterrence



**Lisa Monaco**

*Deputy Attorney General*

**Keynote Address at National Institute on White Collar Crime, October 28, 2021**

"**DPAs** and NPAs **are not a free pass**, and there will **be serious consequences** for violating their terms."

https://www.justice.gov/opa/speech/deputy-attorney-general-lisa-o-monaco-gives-keynote-address-abas-36th-national-institute.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

85

SDNY_01_000054756

# AGI US Earned $457 Million In Performance Fees From Structured Alpha From 2015-2019



FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054757

# Allianz SE Will Pay Up To **10 Times** The Total Performance Fees Earned On Structured Alpha To Compensate Investors

**Allianz SE has already paid $3.5 billion to investors and anticipates paying another $500 million - $1 billion to remaining investors.**



**Paying 10 times profits achieves substantial deterrence**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054758

# $3.5 Billion Already Paid Ranks This As The Third Largest Civil Settlement Ever

ISS SCAS

THE TO
U.S. CLA
SETTLEM
ALL-TIME

**AGI US #3**

## TOP 100 SETTLEMENTS AS OF 31 DECEMBER 2020

| RANK | COMPANY NAME | COURT | SETTLEMENT YEAR | TOTAL SETTLEMENT AMOUNT |
|------|--------------|-------|-----------------|-------------------------|
| 1 | Enron Corp. | S.D. Tex. | 2010 | $7,242,000,000 |
| 2 | WorldCom, Inc. | S.D.N.Y. | 2012 | $6,194,100,714 |
| 3 | Cendant Corp. | D. N.J. | 2000 | $3,319,350,000 |
| 4 | Tyco International, Ltd. | D. N.H. | 2007 | $3,200,000,000 |
| 5 | Petroleo Brasileiro S.A. - Petrobras | S.D.N.Y. | 2018 | $3,000,000,000 |
| 6 | AOL Time Warner, Inc. | S.D.N.Y. | 2006 | $2,500,000,000 |
| 7 | Bank of America Corporation | S.D.N.Y. | 2013 | $2,425,000,000 |
| 8 | Household International, Inc. | N.D. Ill. | 2016 | $1,575,000,000 |

## Allianz SE expects final resolution with all investors will be $4 billion+

https://www.issgovernance.com/library/the-top-100-us-settlements-of-all-time-december-2020/.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054759

# Allianz SE Will Pay More Than $5 Billion For Global Resolution With A DPA



**A DPA resolution of this magnitude achieves substantial deterrence**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054760

# A Guilty Plea Is Unnecessary Because DOJ Action Against Individuals Will Satisfy The Goals Of Federal Prosecution



**Lisa Monaco**

**Deputy Attorney General**



**Keynote Address at National Institute on White Collar Crime, October 28, 2021**

"**Accountability starts with the individuals responsible** for criminal conduct. Attorney General Garland has made clear it is unambiguously this **department's first priority in corporate criminal matters to prosecute the individuals** who commit and profit from corporate malfeasance."

https://www.justice.gov/opa/speech/deputy-attorney-general-lisa-o-monaco-gives-keynote-address-abas-36th-national-institute.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054761

# A Guilty Plea Is Unnecessary Because DOJ Action Against Individuals Will Satisfy The Goals Of Federal Prosecution

  

**DOJ will have a strong case against the wrongdoers, in part due to AGI US's cooperation**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**91**

SDNY_01_000054762



## SDNY Can Satisfy Its Prosecutorial Objectives With A DPA, Significant Fine And Monitor

1. SDNY's deterrence objectives can be fully satisfied by (i) the imposition of a significant fine and (ii) prosecuting the PMs

2. **A three-year monitor will ensure an appropriate control environment**

3. The institution of a strict liability enforcement regime for investment advisers would undermine long-term prosecutorial objectives

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**92**

SDNY_01_000054763

# DPAs Foster Controls Enhancements And Remediation



**Lisa Monaco**

*Deputy Attorney General*

**Keynote Address at National Institute on White Collar Crime, October 28, 2021**

"[T]he **purpose of pretrial diversion** [NPAs and **DPAs**]. . . is after all to give a break to corporations in exchange for **their promise to fix what ails them**, as well as to **recognize a company's cooperation**."

https://www.justice.gov/opa/speech/deputy-attorney-general-lisa-o-monaco-gives-keynote-address-abas-36th-national-institute.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

93

SDNY_01_000054764

# If It Survives With A DPA, AGI US Is Committed To Controls Enhancements And Remediation

▶ **3-year monitor**

▶ **Hired new Chief Risk Officer at AllianzGI**

▶ **Will hire Global Head Of Compliance at AllianzGI**

▶ **New end-to-end platform for review and approval of client communications**

▶ **Review of client communications by subject matter experts**

▶ **Enhanced email surveillance**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

94

SDNY_01_000054765

# AGI US Is Implementing Project Octopus To Enhance Review & Approval Of Client Communications



**Draft Statement Of Facts**, February 24, 2022

"16.    Further, client reporting and communications with existing clients about existing products were not reviewed at all by Compliance."

**Control Functions Presentation, February 9, 2022**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054766

 **SDNY Can Satisfy Its Prosecutorial Objectives With A DPA, Significant Fine And Monitor**

1. SDNY's deterrence objectives can be fully satisfied by (i) the imposition of a significant fine and (ii) prosecuting the PMs

2. A three-year monitor will ensure an appropriate control environment

3. **The institution of a strict liability enforcement regime for investment advisers would undermine long-term prosecutorial objectives**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054767

# DPA Is "The Tool" That Allows For Calibrated Enforcement In Corporate Criminal Cases



**Mary Jo White**

*Former US Attorney for The Southern District Of New York*

**Corporate Crime Reporter Interview, December 12, 2005**

"<mark>**You saw the collateral consequences coming to roost in [Arthur] Andersen.**</mark> The Justice Department realized in very concrete stark terms – do I really want these kinds of consequences. Are we really serving the public interest? <mark>**And so, the tool [of a DPA] is available to them**</mark> . . . ."

https://www.corporatecrimereporter.com/news/200/interview-with-mary-jo-white-debevoise-new-york-new-york/.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054768

# DPA Allows For Calibrated Enforcement In Corporate Criminal Cases

| No Charge | NPA | DPA | Guilty Plea |
|---|---|---|---|
| | • Isolated misconduct | • Isolated misconduct | • Widespread misconduct |
| | • No aggravating factors | • Aggravating factors (*e.g.*, substantial investor harm) | • Significant aggravating factors (*e.g.*, high-level involvement) |
| | • Significant mitigating factors (*e.g.*, extraordinary cooperation) | • Significant mitigating factors (*e.g.*, extraordinary cooperation) | • Institutional encouragement of misconduct |
| | • No history of misconduct | • No or minimal history of misconduct | • Recidivist entity |

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054769

 **IV** **A DPA Is The Right Path Forward**

1.  **Under a DPA, Allianz SE is prepared to fund significant fines to the DOJ and SEC and to continue to fund settlements with investors**

2.  A DPA will avoid requiring a corporate death penalty for any criminal conduct in an investment adviser

3.  A DPA is supported by SDNY precedent

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**99**

SDNY_01_000054770

# Allianz SE Will Pay More Than $5 Billion For Global Resolution With A DPA



**A DPA resolution of this magnitude achieves substantial deterrence**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054771

# Allianz SE Is Prepared To Pay Fines To DOJ And SEC Only With DPA



**Guilty plea will destroy AGI US** with an enterprise value of **$2.5 - $3 billion**

Allianz SE can only pay amounts on behalf of AGI US **consistent with its duties** to its **shareholders and German corporate governance principles.**

In the event of a guilty plea, Allianz SE may have to **place AGI US into bankruptcy.**

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**101**

## IV   A DPA Is The Right Path Forward

1. Under a DPA, Allianz SE is prepared to fund significant fines to the DOJ and SEC and to continue to fund settlements with investors

2. **A DPA will avoid requiring a corporate death penalty for any criminal conduct in an investment adviser**

3. A DPA is supported by SDNY precedent

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

SDNY_01_000054773

# The Misconduct Was Committed By Only A Small Group of Rogue Employees



**Draft Statement Of Facts**, February 24, 2022

"2.      The **misconduct occurred only within the small Structured Products Group** at AGI US. . ."





SDNY_01_000054774

# No One Outside Of The Structured Products Group Knew of The PMs' Misconduct



**Draft Statement Of Facts, February 24, 2022**

". . . There is **no evidence that anyone at AGI US outside of the Structured Products Group was aware of the misconduct** before March 2020. . . ."

**11 out of 291**

SDNY_01_000054775

# No Other Allianz Entity Was Aware Of The PMs' Misconduct



**Draft Statement Of Facts, February 24, 2022**

". . . Last, there is <mark>**no evidence that anyone**</mark> <mark>**at any other organizations**</mark> **that fall within the broader umbrella of the parent company Allianz SE was** <mark>**aware**</mark> **of or participated in the misconduct**."

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

**105**

SDNY_01_000004776

# A corporate death penalty based on the **misconduct of three PMs** will:

1. Put **over 700 people out of work** globally

2. **Cause chaos** for investors in Allianz funds during wind-down

3. **Harm innocent US affiliates,** including PIMCO and Allianz Life of America

4. Render AGI US **unable to continue cooperating** in the prosecution of the PMs and **disincentivize cooperation** in future cases

5. Establish **unworkable precedent** for future cases involving large investment advisers

SDNY_01_000054777

## IV   A DPA Is The Right Path Forward

1. Under a DPA, Allianz SE is prepared to fund significant fines to the DOJ and SEC and to continue to fund settlements with investors

2. A DPA will avoid requiring a corporate death penalty for any criminal conduct in an investment adviser

3. **A DPA is supported by SDNY precedent**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054778

# SDNY Would **Not** Be Treating "Like Cases Alike" By Imposing A Death Penalty On AGI US



**Merrick Garland**

*US Attorney General*

### Remarks at Investiture Ceremony, Nov 19, 2021

"**Upholding the rule of law** requires that we adhere to the norms that have been part of the DNA of every DOJ employee. . . those **norms require that we treat like cases alike.**"

https://www.c-span.org/video/?516235-1/attorney-general-garland-remarks-investiture-ceremony-us-attorney-damian-Williams.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

**108**

# Except For SAC Capital, SDNY Has Consistently Resolved Cases Involving Investment Advisers Without Requiring A Guilty Plea

| | SEC Individual Charges | SEC Entity-Level Charges | SDNY Individual Charges | SDNY Entity-Level Charge |
|---|:---:|:---:|:---:|:---:|
| FF Fund Management | ✔ | ✔ | ✔ | |
| International Investment Group | ✔ | ✔ | ✔ | |
| Premium Point Investments | ✔ | ✔ | ✔ | |
| Deerfield Management Company | ✔ | ✔ | ✔ | |
| Sentinel Growth Fund Management | ✔ | ✔ | ✔ | |
| Morgan Stanley Smith Barney | ✔ | ✔ | ✔ | |
| Weston Capital Asset Management | ✔ | ✔ | ✔ | |
| Visium Asset Management | ✔ | ✔ | ✔ | |
| Artis Capital Management | ✔ | ✔ | ✔ | |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054780

# SDNY Has Never Required A Guilty Plea Based On Deficient Internal Controls

JPMorgan Chase & Co. (Madoff)    2014

- JPMorgan's **control failures permitted the Madoff scheme to continue,** costing investors **$20 billion in lost principal**.

- "JPMorgan **connected the dots when it mattered to its own profit**" and **withdrew approx. $300 million** from Madoff feeder funds "but was **not so diligent otherwise**" and **failed to notify its own customers** of the fraud.

- Compliance officers "never looked into Madoff," and "**did very little to investigate** [] suspicions, **failed to raise** [] **concerns** with the bank's anti-money laundering department, and failed to file [SARs]."

## Despite JPMorgan's repeated control failures, SDNY resolved the matter through a DPA

https://www.justice.gov/archive/usao/nys/pressreleases/August13/MartinArtajoandJulienGroutComplaintsPR.php; https://www.sec.gov/news/press-release/2013-187; https://www.justice.gov/usao-sdny/pr/manhattan-us-attorney-and-fbi-assistant-director-charge-announce-filing-criminal; https://www.bloomberg.com/graphics/2018-recovering-madoff-money/.

*FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES*

110

# SDNY Has Entered Into DPAs In Cases Involving Serious Misconduct Leading To Fatalities

| 2014 DPA | 2015 DPA |
|---|---|
|  |  |
| • Unintended-acceleration problem, which in one instance **"killed a family of four."** | • Lethal safety defect caused at least **"a total of 15 deaths**, as well as a number of serious injuries." |
| • Even though it knew about the defect, Toyota canceled plans to implement a design change to **hide the flaw** from U.S. regulators. | • Engaged in a **scheme to conceal** from its U.S. regulator a **deadly safety defect** causing airbag non-deployment. |
| • Later claimed to have addressed the fatal defect while **continuing to allow faulty pedals to be installed** in new vehicles. | • **Misled consumers about cars' safety**, saying "the Defective Switch posed no safety concern. . ." |

Toyota Motor Corporation Deferred Prosecution Agreement Ex. C, Statement of Facts ¶¶ 2-3, 9 (Mar. 19, 2014); https://www.justice.gov/usao-sdny/pr/manhattan-us-attorney-announces-criminal-charges-against-general-motors-and-deferred.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054782

# SDNY Has Recently Entered Into DPAs In Corporate Cases Involving Serious Misconduct

| 2018 DPA | 2020 DPA |
|---|---|
| **usbancorp** |  |
| • **"[O]perated the [AML] program 'on the cheap'** by restricting headcount and other compliance resources, and then imposed hard caps on the number of transactions subject to AML review in order to create the appearance that the program was operating properly." | • Herbalife and its **high-level executives** "**approved the extensive and systematic corrupt payments** to Chinese government officials over a 10-year period to promote and expand Herbalife's business in China. . ." |
| • **Failed to detect and investigate** a large number of suspicious transactions. | • Conspired to "**improperly influenc[e]** certain Chinese state-owned and state-controlled media. . ." |
| • **Deliberately concealed wrongful approach** from the OCC. | • Herbalife "**failed to detect and prevent** improper payments and benefits and falsified expense reports." |

https://www.justice.gov/usao-sdny/pr/manhattan-us-attorney-announces-criminal-charges-against-us-bancorp-violations-bank;
https://www.justice.gov/usao-sdny/pr/herbalife-agrees-pay-123-million-resolve-foreign-corrupt-practices-act-case;
https://www.sec.gov/news/press-release/2020-197.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US. FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY. SUBJECT TO FRE 408 AND STATE LAW ANALOGUES

SDNY_01_000054783

# A **DPA** will best **accomplish SDNY's** enforcement objectives:

1. **Significant DOJ and SEC fines**, coupled with $4 billion in payments to investors, all paid by Allianz SE, will achieve **substantial deterrence.**

2. **Avoid severe collateral consequences** for innocent employees, investors and affiliates.

3. Allow AGI US to **continue to cooperate** in the ongoing prosecutions of PMs and reflect AGI US's exemplary cooperation to date.

4. Permit **rehabilitation** of AGI US with the imposition of a three-year monitor.

5. **Follow SDNY precedent** and **avoid establishing a new corporate death penalty regime** whenever isolated wrongdoing occurs in investment advisers.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIANZGI US.  FOR DISCUSSION AND SETTLEMENT PURPOSES ONLY.  SUBJECT TO FRE 408 AND STATE LAW ANALOGUES   **113**

SDNY_01_000054784