# EXHIBIT Q



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Home Office
100 F Street, N.E.
Washington, DC 20549

**DIVISION OF ENFORCEMENT**

Jonathan C. Shapiro
Senior Counsel
Complex Financial Instruments Unit
202.551.7295
shapirojo@sec.gov

April 1, 2021

**Via Secure E-Mail (Eva.Carman@ropesgray.com)**

Greg Tournant
c/o Eva Carman, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Re:     In the Matter of Allianz Structured Return Strategy (HO-14055)

Dear Ms. Carman:

The enclosed subpoena has been issued pursuant to a formal order entered by the United States Securities and Exchange Commission.  Pursuant to Rule 8 of the United States Securities and Exchange Commission's Rules Relating to Investigations, 17 C.F.R. § 203.8, and your authorization and agreement to accept service electronically, I have enclosed a subpoena for testimony issued to your client, Greg Tournant, in connection with the above-referenced investigation.

The subpoena requires Greg Tournant to appear for remote testimony, conducted by video-teleconference on WebEx on May 5 and 6, 2021 at 9:00 a.m. Eastern Time.  Testimony will be recorded by transcript and video.

A background questionnaire is also enclosed.  During your client's testimony, the staff intends to ask background questions concerning, among other things, your client's residences, telephone numbers, education and employment.  To expedite that part of the testimony, we request that your client complete the enclosed questionnaire on a voluntary basis and provide it to the staff prior to your client's testimony.

Enclosed is a copy of the Commission's Form 1662, entitled "Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena."  This form explains how we may use the information that

Greg Tournant
Page 2

your client provides to the Commission and has other important information for your client.
Please provide a copy of this form to your client.

       This investigation is a non-public, fact-finding inquiry.  We are trying to determine
whether there have been any violations of the federal securities laws.  The investigation does not
mean that we have concluded that anyone has violated the law.  Also, the investigation does not
mean that we have a negative opinion of any person, entity, or security.

       If you have any questions or would like to discuss this matter, you may contact me at
(202) 551-7295 or shapirojo@sec.gov.

Sincerely,

Jonathan C. Shapiro
Senior Counsel

Enclosures:    Subpoena
               Form SEC 1662
               Background Questionnaire



# SUBPOENA

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

**In the Matter of Allianz Structured Return Strategy (HO-14055)**

Greg Tournant
c/o Eva Carman, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

☐  **YOU MUST PRODUCE** everything specified in the Attachment to this subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below:

      N/A

☒  **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below:

**Remote testimony, by video-teleconference on WebEx, on May 5 and 6, 2021 at 9:00 a.m. Eastern**

### FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.
If you do not comply with this subpoena, the SEC may bring an action in Federal Court to enforce this subpoena. Failure to comply with a court order enforcing this subpoena may result in the court imposing a fine, imprisonment, or both.

By:  _____    Date:  April 1, 2021
Jonathan C. Shapiro, Senior Counsel
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-7010

I am an officer of the U.S. Securities and Exchange Commission authorized to issue subpoenas in this matter.  The Securities and Exchange Commission has issued a formal order authorizing this investigation under: Section 20(a) of the Securities Act of 1933, Section 21(a) of the Securities Exchange Act of 1934, Section 209(a) of the Investment Advisers Act of 1940, and Section 42(a) of the Investment Company Act of 1940.

NOTICE TO WITNESS:     If you claim a witness fee or mileage, submit this subpoena with the claim voucher.

## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

### Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena

#### A.  False Statements and Documents

Section 1001 of Title 18 of the United States Code provides that fines and terms of imprisonment may be imposed upon:

> [W]hoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully--
>
> (1)  falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
> (2)  makes any materially false, fictitious, or fraudulent statement or representation; or
> (3)  makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry.

Section 1519 of Title 18 of the United States Code provides that fines and terms of imprisonment may be imposed upon:

> Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States . . ., or in relation to or contemplation of any such matter.

#### B.  Testimony

If your testimony is taken, you should be aware of the following:

1.  *Record.*  Your testimony will be transcribed by a reporter. If you desire to go off the record, please indicate this to the Commission employee taking your testimony, who will determine whether to grant your request. The reporter will not go off the record at your, or your counsel's, direction.

2.  *Counsel.*  You have the right to be accompanied, represented and advised by counsel of your choice. Your counsel may advise you before, during and after your testimony; question you briefly at the conclusion of your testimony to clarify any of the answers you give during testimony; and make summary notes during your testimony solely for your use. If you are accompanied by counsel, you may consult privately.

If you are not accompanied by counsel, please advise the Commission employee taking your testimony if, during the testimony, you desire to be accompanied, represented and advised by counsel. Your testimony will be adjourned once to afford you the opportunity to arrange to be so accompanied, represented or advised.

You may be represented by counsel who also represents other persons involved in the Commission's investigation. This multiple representation, however, presents a potential conflict of interest if one client's interests are or may be adverse to another's. If you are represented by counsel who also represents other persons involved in the investigation, the Commission will assume that you and counsel have discussed and resolved all issues concerning possible conflicts of interest. The choice of counsel, and the responsibility for that choice, is yours.

3.  *Transcript Availability.*  Rule 6 of the Commission's Rules Relating to Investigations, 17 CFR 203.6, states:

> A person who has submitted documentary evidence or testimony in a formal investigative proceeding shall be entitled, upon written request, to procure a copy of his documentary evidence or a transcript of his testimony on payment of the appropriate fees: *Provided, however*, That in a nonpublic formal investigative proceeding the Commission may for good cause deny such request. In any event, any witness, upon proper identification, shall have the right to inspect the official transcript of the witness' own testimony.

If you wish to purchase a copy of the transcript of your testimony, the reporter will provide you with a copy of the appropriate form. Persons requested to supply information voluntarily will be allowed the rights provided by this rule.

4.  *Perjury.*  Section 1621 of Title 18 of the United States Code provides that fines and terms of imprisonment may be imposed upon:

> Whoever--
>
> (1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify

truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true.

5.    *Fifth Amendment and Voluntary Testimony.* Information you give may be used against you in any federal, state, local or foreign administrative, civil or criminal proceeding brought by the Commission or any other agency.

You may refuse, in accordance with the rights guaranteed to you by the Fifth Amendment to the Constitution of the United States, to give any information that may tend to incriminate you.

If your testimony is not pursuant to subpoena, your appearance to testify is voluntary, you need not answer any question, and you may leave whenever you wish. Your cooperation is, however, appreciated.

6.    *Formal Order Availability.* If the Commission has issued a formal order of investigation, it will be shown to you during your testimony, at your request. If you desire a copy of the formal order, please make your request in writing.

## C.  Submissions and Settlements

Rule 5(c) of the Commission's Rules on Informal and Other Procedures, 17 CFR 202.5(c), states:

Persons who become involved in . . . investigations may, on their own initiative, submit a written statement to the Commission setting forth their interests and position in regard to the subject matter of the investigation. Upon request, the staff, in its discretion, may advise such persons of the general nature of the investigation, including the indicated violations as they pertain to them, and the amount of time that may be available for preparing and submitting a statement prior to the presentation of a staff recommendation to the Commission for the commencement of an administrative or injunction proceeding. Submissions by interested persons should be forwarded to the appropriate Division Director or Regional Director with a copy to the staff members conducting the investigation and should be clearly referenced to the specific investigation to which they relate. In the event a recommendation for the commencement of an enforcement proceeding is presented by the staff, any submissions by interested persons will be forwarded to the Commission in conjunction with the staff memorandum.

The staff of the Commission routinely seeks to introduce submissions made pursuant to Rule 5(c) as evidence in Commission enforcement proceedings, when the staff deems appropriate.

Rule 5(f) of the Commission's Rules on Informal and Other Procedures, 17 CFR 202.5(f), states:

In the course of the Commission's investigations, civil lawsuits, and administrative proceedings, the staff, with appropriate authorization, may discuss with persons involved the disposition of such matters by consent, by settlement, or in some other manner. It is the policy of the Commission, however, that the disposition of any such matter may not, expressly or impliedly, extend to any criminal charges that have been, or may be, brought against any such person or any recommendation with respect thereto. Accordingly, any person involved in an enforcement matter before the Commission who consents, or agrees to consent, to any judgment or order does so solely for the purpose of resolving the claims against him in that investigative, civil, or administrative matter and not for the purpose of resolving any criminal charges that have been, or might be, brought against him. This policy reflects the fact that neither the Commission nor its staff has the authority or responsibility for instituting, conducting, settling, or otherwise disposing of criminal proceedings. That authority and responsibility are vested in the Attorney General and representatives of the Department of Justice.

## D.  Freedom of Information Act

The Freedom of Information Act, 5 U.S.C. 552 (the "FOIA"), generally provides for disclosure of information to the public. Rule 83 of the Commission's Rules on Information and Requests, 17 CFR 200.83, provides a procedure by which a person can make a written request that information submitted to the Commission not be disclosed under the FOIA. That rule states that no determination as to the validity of such a request will be made until a request for disclosure of the information under the FOIA is received. Accordingly, no response to a request that information not be disclosed under the FOIA is necessary or will be given until a request for disclosure under the FOIA is received. If you desire an acknowledgment of receipt of your written request that information not be disclosed under the FOIA, please provide a duplicate request, together with a stamped, self-addressed envelope.

### E.  Authority for Solicitation of Information

*Persons Directed to Supply Information Pursuant to Subpoena.* The authority for requiring production of information is set forth in the subpoena. Disclosure of the information to the Commission is mandatory, subject to the valid assertion of any legal right or privilege you might have.

*Persons Requested to Supply Information Voluntarily.* One or more of the following provisions authorizes the Commission to solicit the information requested: Sections 19 and/or 20 of the Securities Act of 1933; Section 21 of the Securities Exchange Act of 1934; Section 321 of the Trust Indenture Act of 1939; Section 42 of the Investment Company Act of 1940; Section 209 of the Investment Advisers Act of 1940; and 17 CFR 202.5. Disclosure of the requested information to the Commission is voluntary on your part.

### F.  Effect of Not Supplying Information

*Persons Directed to Supply Information Pursuant to Subpoena.* If you fail to comply with the subpoena, the Commission may seek a court order requiring you to do so. If such an order is obtained and you thereafter fail to supply the information, you may be subject to civil and/or criminal sanctions for contempt of court. In addition, Section 21(c) of the Securities Exchange Act of 1934, Section 42(c) of the Investment Company Act of 1940, and Section 209(c) of the Investment Advisers Act of 1940 provide that fines and terms of imprisonment may be imposed upon any person who shall, without just cause, fail or refuse to attend and testify or to answer any lawful inquiry, or to produce books, papers, correspondence, memoranda, and other records in compliance with the subpoena.

*Persons Requested to Supply Information Voluntarily.* There are no direct sanctions and thus no direct effects for failing to provide all or any part of the requested information.

### G.  Principal Uses of Information

The Commission's principal purpose in soliciting the information is to gather facts in order to determine whether any person has violated, is violating, or is about to violate any provision of the federal securities laws or rules for which the Commission has enforcement authority, such as rules of securities exchanges and the rules of the Municipal Securities Rulemaking Board. Facts developed may, however, constitute violations of other laws or rules. Information provided may be used in Commission and other agency enforcement proceedings. Unless the Commission or its staff explicitly agrees to the contrary in writing, you should not assume that the Commission or its staff acquiesces in, accedes to, or concurs or agrees with, any position, condition, request, reservation of right, understanding, or any other statement that purports, or may be deemed, to be or to reflect a limitation upon the Commission's receipt, use, disposition, transfer, or retention, in accordance with applicable law, of information provided.

### H.  Routine Uses of Information

The Commission often makes its files available to other governmental agencies, particularly United States Attorneys and state prosecutors. There is a likelihood that information supplied by you will be made available to such agencies where appropriate. Whether or not the Commission makes its files available to other governmental agencies is, in general, a confidential matter between the Commission and such other governmental agencies.

Set forth below is a list of the routine uses which may be made of the information furnished.

1.  To appropriate agencies, entities, and persons when (a) it is suspected or confirmed that the security or confidentiality of information in the system of records has been compromised; (b) the SEC has determined that, as a result of the suspected or confirmed compromise, there is a risk of harm to economic or property interests, identity theft or fraud, or harm to the security or integrity of this system or other systems or programs (whether maintained by the SEC or another agency or entity) that rely upon the compromised information; and (c) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with the SEC's efforts to respond to the suspected or confirmed compromise and prevent, minimize, or remedy such harm.

2.  To other federal, state, local, or foreign law enforcement agencies; securities self-regulatory organizations; and foreign financial regulatory authorities to assist in or coordinate regulatory or law enforcement activities with the SEC.

3.  To national securities exchanges and national securities associations that are registered with the SEC, the Municipal Securities Rulemaking Board; the Securities Investor Protection Corporation; the Public Company Accounting Oversight Board; the federal banking authorities, including, but not limited to, the Board of Governors of the Federal Reserve System, the Comptroller of the Currency, and the Federal Deposit Insurance Corporation; state securities regulatory agencies or organizations; or regulatory authorities of a foreign government in connection with their regulatory or enforcement responsibilities.

4.  By SEC personnel for purposes of investigating possible violations of, or to conduct investigations authorized by, the federal securities laws.

5.  In any proceeding where the federal securities laws are in issue or in which the Commission, or past or present members of its staff, is a party or otherwise involved in an official capacity.

6.  In connection with proceedings by the Commission pursuant to Rule 102(e) of its Rules of Practice, 17 CFR 201.102(e).

7.  To a bar association, state accountancy board, or other federal, state, local, or foreign licensing or oversight authority; or professional association or self-regulatory authority to the extent that it performs similar functions (including the Public Company Accounting Oversight Board) for investigations or possible disciplinary action.

8.  To a federal, state, local, tribal, foreign, or international agency, if necessary to obtain information relevant to the SEC's decision concerning the hiring or retention of an employee; the issuance of a security clearance; the letting of a contract; or the issuance of a license, grant, or other benefit.

9.  To a federal, state, local, tribal, foreign, or international agency in response to its request for information concerning the hiring or retention of an employee; the issuance of a security clearance; the reporting of an investigation of an employee; the letting of a contract; or the issuance of a license, grant, or other benefit by the requesting agency, to the extent that the information is relevant and necessary to the requesting agency's decision on the matter.

10.  To produce summary descriptive statistics and analytical studies, as a data source for management information, in support of the function for which the records are collected and maintained or for related personnel management functions or manpower studies; may also be used to respond to general requests for statistical information (without personal identification of individuals) under the Freedom of Information Act.

11.  To any trustee, receiver, master, special counsel, or other individual or entity that is appointed by a court of competent jurisdiction, or as a result of an agreement between the parties in connection with litigation or administrative proceedings involving allegations of violations of the federal securities laws (as defined in section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)) or pursuant to the Commission's Rules of Practice, 17 CFR 201.100 – 900 or the Commission's Rules of Fair Fund and Disgorgement Plans, 17 CFR 201.1100-1106, or otherwise, where such trustee, receiver, master, special counsel, or other individual or entity is specifically designated to perform particular functions with respect to, or as a result of, the pending action or proceeding or in connection with the administration and enforcement by the Commission of the federal securities laws or the Commission's Rules of Practice or the Rules of Fair Fund and Disgorgement Plans.

12.  To any persons during the course of any inquiry, examination, or investigation conducted by the SEC's staff, or in connection with civil litigation, if the staff has reason to believe that the person to whom the record is disclosed may have further information about the matters related therein, and those matters appeared to be relevant at the time to the subject matter of the inquiry.

13.  To interns, grantees, experts, contractors, and others who have been engaged by the Commission to assist in the performance of a service related to this system of records and who need access to the records for the purpose of assisting the Commission in the efficient administration of its programs, including by performing clerical, stenographic, or data analysis functions, or by reproduction of records by electronic or other means. Recipients of these records shall be required to comply with the requirements of the Privacy Act of 1974, as amended, 5 U.S.C. 552a.

14.  In reports published by the Commission pursuant to authority granted in the federal securities laws (as such term is defined in section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)), which authority shall include, but not be limited to, section 21(a) of the Securities Exchange Act of 1934, 15 U.S.C. 78u(a)).

15.  To members of advisory committees that are created by the Commission or by Congress to render advice and recommendations to the Commission or to Congress, to be used solely in connection with their official designated functions.

16.  To any person who is or has agreed to be subject to the Commission's Rules of Conduct, 17 CFR 200.735-1 to 200.735-18, and who assists in the investigation by the Commission of possible violations of the federal securities laws (as such term is defined in section 3(a)(47) of the Securities Exchange Act of 1934, 15 U.S.C. 78c(a)(47)), in the preparation or conduct of enforcement actions brought by the Commission for such violations, or otherwise in connection with the Commission's enforcement or regulatory functions under the federal securities laws.

17.  To a Congressional office from the record of an individual in response to an inquiry from the Congressional office made at the request of that individual.

18.  To members of Congress, the press, and the public in response to inquiries relating to particular Registrants and their activities, and other matters under the Commission's jurisdiction.

19.  To prepare and publish information relating to violations of the federal securities laws as provided in 15 U.S.C. 78c(a)(47)), as amended.

20.  To respond to subpoenas in any litigation or other proceeding.

21.  To a trustee in bankruptcy.

22.  To any governmental agency, governmental or private collection agent, consumer reporting agency or commercial reporting agency, governmental or private employer of a debtor, or any other person, for collection, including collection by administrative offset, federal salary offset, tax refund offset, or administrative wage garnishment, of amounts owed as a result of Commission civil or administrative proceedings.

* * * * *

*Small Business Owners*: The SEC always welcomes comments on how it can better assist small businesses. If you would like more information, or have questions or comments about federal securities regulations as they affect small businesses, please contact the Office of Small Business Policy, in the SEC's Division of Corporation Finance, at 202-551-3460. If you would prefer to comment to someone outside of the SEC, you can contact the Small Business Regulatory Enforcement Ombudsman at http://www.sba.gov/ombudsman or toll free at 888-REG-FAIR. The Ombudsman's office receives comments from small businesses and annually evaluates federal agency enforcement activities for their responsiveness to the special needs of small business.

## BACKGROUND QUESTIONNAIRE

**Please respond to the following questions in the space provided. If you need additional space for any response, you may attach additional pieces of paper.**

Today's date: _____

1. What is your full name?
   _____

2. Have you ever been known by any other name? Yes __ No __

   If yes, list each such name and the period(s) in which you were known by that name.
   _____
   _____
   _____

3. Date and Place of Birth?
   _____

4. Country of Citizenship?
   _____

5. Marital Status?  Married __ Divorced __ Single __

   If you have ever been married, state for each marriage: (i) the date(s) of the marriage; (ii) the name of your spouse; (iii) your spouse's birth name, if different; (iv) your spouse's age; and (v) your spouse's occupation.
   _____
   _____
   _____

6. List the names, ages and occupations of your children, if any.
   _____
   _____
   _____

7. List all residences you occupied at any time during the last [three] years, including vacation homes, beginning with your current residence. For each residence, state the address, dates of residence, and all telephone numbers (including facsimile numbers) listed at that address.
   _____
   _____
   _____
   _____

Background Questionnaire
Page 2

8. List all telephone numbers and telecommunication services that were in your name or that you regularly used at any time during the last [three] years.  Include all residential, business, cellular, credit card, and VOIP telephone numbers, including those listed in your response to question 7, and services such as GoogleVoice, Skype, video conference services.  For each telephone number, state the name(s) of the corresponding carrier(s) (*e.g.*, AT&T, Verizon, Vonage, Skype, etc.).

_____
_____
_____

9. List the universal resource locator (URL) for all websites or blogs that you established or for which you had the authority to control content, at any time during the last [three] years.  For each website, state the name(s) of the domain name registrar (*e.g.* GoDaddy) through which the URL was obtained, the name(s) of all individuals or entities who provided web site hosting or design services, whether the website contained primarily business or personal information, and the time period in which it was active.

_____
_____
_____

10. List all electronic mail addresses and social networking accounts (*e.g.* Facebook, LinkedIn, Twitter, Instagram, Flickr, and Google+) that were in your name or that you regularly used at any time during the last [three] years.  Include all personal, business and shared electronic mail addresses and social networking accounts.  For each electronic mail address and social networking account, state the name(s) of the corresponding internet service provider(s) (*e.g.*, Google, Yahoo, AOL, or your employer), whether the address was used primarily for business or personal correspondence, and the time period in which it was active.

_____
_____
_____
_____
_____

11. List all usernames for instant messaging and similar electronic communication services (including, but not limited to, Bloomberg, Skype, whatsapp), other than those listed in your response to questions 8 through 10, that were in your name or that you regularly used at any time during the last [three] years.  Include all personal, business and shared addresses.  For each username, state the name(s) of the communication service provider (*e.g.*, Google, AOL, etc.), whether the address was used primarily for business or

Background Questionnaire
Page 3

personal correspondence, the time period in which it was active, and the name of the
software application(s) (*e.g.*, GTalk, ICQ, MSN Messenger) you used to access it.

_____

_____

_____

12. List all internet message boards or discussion forums (including, but not limited to,
    Money Maker Group, PNQI Message Board, Investors Hub Daily) of which you were a
    member or on which you posted any messages at any time during the last [three] years.
    For each message board or discussion forum, state the service provider and your member
    name or identification information.

_____

_____

_____

## PUBLICLY-HELD COMPANIES

13. Are you now, or have you ever been, an officer or director of any publicly-held
    company?  Yes __  No __

    If yes, identify each such company, its CUSIP, and any exchange on which it is or was
    listed, and state your positions (including membership on any Board or management
    committees) and the dates you held each position.

_____

_____

_____

14. Are you now, or have you ever been, a beneficial owner, directly or indirectly, of five per
    cent or more of any class of equity securities of any publicly held company?  Yes __ No __

    If yes, identify each such company, its CUSIP, and any exchange on which it is or was
    listed, and state the amount, percentage, and dates of your ownership.

_____

_____

_____

Background Questionnaire
Page 4

PRIVATELY-HELD COMPANIES

15.     Are you now, or have you ever been, a beneficial owner, directly or indirectly, of any
        privately-held company (*i.e.*, corporation, partnership, limited liability company or other
        corporate form)?   Yes__ No__

        If yes, identify each such company, including address and other contact information, and
        state your positions and the dates you held each position.

        _____
        _____
        _____

16.     Are you now, or have you ever been, a manager or a member of any privately-held
        company (*i.e.*, corporation, partnership, limited liability company or other corporate
        form)?  Yes__ No__

        If yes, identify each such company, including address and other contact information, and
        state your positions and the dates you held each position.

        _____
        _____
        _____

SECURITIES ACCOUNTS

17.     List all securities or brokerage accounts that you have held in your name, individually or
        jointly, at any time during the last [three] years.  Include all foreign accounts.  For each
        such account, identify: (i) the brokerage firm; (ii) the location of the branch where your
        account is or was held; (iii) your broker; (iv) the type of account (*i.e.*, cash, margin or
        IRA); (v) the account number; and (vi) whether any person has ever held discretionary
        authority or power of attorney over the account; if so, name such person(s).

        _____
        _____
        _____
        _____
        _____

Background Questionnaire
Page 5

18. List all securities or brokerage accounts (including foreign accounts), other than those listed in your answer to question 17, in which you had any direct or indirect beneficial interest at any time during the last [three] years.  For each such account, provide the information requested by question 17.

_____
_____
_____
_____
_____

19. List all securities or brokerage accounts (including foreign accounts), other than those listed in your answer to question 17 or 18, over which you had any control at any time during the last [three] years.  For each such account, provide the information requested by question 17.

_____
_____
_____
_____
_____

BANK ACCOUNTS

20. List all accounts you have held in your name at any financial institution (*i.e.*, bank, thrift, or credit union) at any time during the last [three] years.  Include all foreign accounts.  For each such account, identify: (i) the financial institution; (ii) the address of the branch at which your account is or was held; (iii) the type of account (*i.e.*, checking, savings, money market or IRA); (iv) the account number; and (v) whether any person has ever had discretionary authority or power of attorney over the account; if so, name such person(s).

_____
_____
_____
_____
_____

21. List all accounts at financial institutions (including foreign accounts), other than those listed in your answer to question 20, in which you had any direct or indirect beneficial interest at any time during the last [three] years.  For each such account, provide the information requested by question 20.

_____
_____
_____

Background Questionnaire
Page 6

_____

_____

22. List all accounts at financial institutions (including foreign accounts), other than those
    listed in your answer to question 20 or 21, over which you had any control at any time
    during the last [three] years.  For each such account, provide the information requested by
    question 20.

    _____

    _____

    _____

    _____

    _____

23. List any other accounts (including foreign accounts), other than those listed in your
    answers to questions 20 through 22, that were held in your name, in which you had any
    direct or indirect beneficial interest, or over which you had any control, that you have
    used to transfer funds in the last [three] years, including, but not limited to, PayPal
    accounts.  For each such account, provide the information requested by question 20.

    _____

    _____

    _____

PRIOR PROCEEDINGS

24. Have you ever testified in any proceeding conducted by the staff of the Securities and
    Exchange Commission, a U.S. or foreign federal or state agency, a U.S. or foreign federal
    or state court, a stock exchange, the Financial Industry Regulatory Authority ("FINRA")
    or any other self-regulatory organization ("SRO"), or in any arbitration proceeding
    related to securities transactions?  Yes __  No __

    If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the
    organization or agency; and (iii) the date(s) on which you testified.

    _____

    _____

    _____

    _____

Background Questionnaire
Page 7

25. Have you ever been deposed in connection with any court proceeding?  Yes __  No __

   If yes, for each such proceeding, identify: (i) the title of the proceeding, and (ii) the
   date(s) on which you were deposed.

   _____
   _____
   _____
   _____

26. Have you ever been named as a defendant or respondent in any action or proceeding
   brought by the SEC, any other U.S. or foreign federal agency, a state securities agency,
   FINRA, an SRO, or any exchange?  Yes __  No __

   If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the agency or
   tribunal; (iii) the substance of the allegations; (iv) the outcome of the proceeding; and
   (v) the date of the outcome.

   _____
   _____
   _____
   _____

27. Have you ever been a defendant in any action (other than those listed in response to
   question 26) alleging violations of the federal securities laws?  Yes __  No __

   If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or
   tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

   _____
   _____
   _____
   _____

28. Have you ever been a defendant in any criminal proceeding other than one involving a
   minor traffic offense?  Yes __  No __

   If yes, for each such proceeding, identify: (i) the title of the proceeding; (ii) the court or
   tribunal; (iii) the outcome of the proceeding; and (iv) the date of the outcome.

   _____
   _____
   _____
   _____

Background Questionnaire
Page 8

EDUCATIONAL HISTORY

29. Provide the requested information about each educational institution that you have
attended, beginning with the most recent and working backward to the date that you
completed high school.

Name of School

| City | State | Country | Zip Code |

| Dates of Attendance: Month/Year to Month/Year | Degree/Major | Month/Year of Degree |

Name of School

| City | State | Country | Zip Code |

| Dates of Attendance: Month/Year to Month/Year | Degree/Major | Month/Year of Degree |

Name of School

| City | State | Country | Zip Code |

| Dates of Attendance: Month/Year to Month/Year | Degree/Major | Month/Year of Degree |

Name of School

| City | State | Country | Zip Code |

| Dates of Attendance: Month/Year to Month/Year | Degree/Major | Month/Year of Degree |

30. Other than courses taken in connection with institutions listed in response to question 29,
list any securities, accounting or business related courses taken since high school.  For
each such course, identify the date that the course was completed and the name of the
institution or organization that offered the course.

Background Questionnaire
Page 9

<u>PROFESSIONAL LICENSES/CLUBS</u>

31. Do you hold, or have you ever held, any professional license?  Yes___  No ___

   If yes, for each such license, identify: (i) the license number or attorney bar number;
   (ii) the licensing organization; (iii) the date the license was awarded; (iv) the date such
   license terminated, if applicable; (v) the date(s) of any disciplinary proceeding(s) against
   you: and (vi) the outcome of any such disciplinary proceeding (*e.g.*, reprimand,
   suspension, revocation).

   _____
   _____
   _____
   _____

32. Are you, or have you ever been, a member of any professional or business club or
   organization?   Yes ___  No ___

   If yes, list for each: (i) the name of the club or organization; (ii) its address; (iii) the
   date(s) of your membership; and (iv) service in any governance roles (*e.g.*, board
   member, committee member, etc.) including title and dates of service.

   _____
   _____
   _____
   _____

33. Are you, or have you been in the last [three] years, a member of any social clubs,
   charities or nonprofit organizations?   Yes ____  No ____

   If yes, list for each: (i) the name of the social club, charity or nonprofit organization;
   (ii) its address; (iii) the date(s) of your membership; and (iv) service in any governance
   roles (*e.g.*, board member, committee member, etc.) including title and dates of service..

   _____
   _____
   _____
   _____

<u>EMPLOYMENT HISTORY</u>

34. Are you, or have you ever been, an employee of a broker, dealer, investment adviser,
   investment company, municipal securities dealer, municipal advisor, transfer agent, or

Background Questionnaire
Page 10

nationally recognized statistical rating organization?   Yes ___   No ___

If yes, list for each: (i) the jurisdiction of the entity; (ii) your CRD number; (iii) the entity's CRD number; (iv) the entity's SEC File number; (v) the entity's CUSIP number; and (vi) any foreign registration information similar to the foregoing.

_____

_____

_____

_____

_____

_____

_____

35. State your employment activities, beginning with the present and working backward to the date that you completed high school and attach a recent copy of your resume or curriculum vitae.

| Employer's Name/Self-Employment | | | |
|---|---|---|---|
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

| Employer's Name/Self-Employment | | | |
|---|---|---|---|
| Employer's Street Address | | | Telephone Number |
| City | State | Country | Zip Code |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |
| Title | Dates of Employment | | Supervisor |

Background Questionnaire
Page 11

Employer's Name/Self-Employment

| Employer's Street Address | | | Telephone Number | |

| City | State | Country | Zip Code | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

Employer's Name/Self-Employment

| Employer's Street Address | | | Telephone Number | |

| City | State | Country | Zip Code | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

Employer's Name/Self-Employment

| Employer's Street Address | | | Telephone Number | |

| City | State | Country | Zip Code | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

| Title | Dates of Employment | | Supervisor | |

Background Questionnaire
Page 12

Employer's Name/Self-Employment

| Employer's Street Address | | | Telephone Number |
|---|---|---|---|

| City | State | Country | Zip Code |
|---|---|---|---|

| Title | Dates of Employment | | Supervisor |
|---|---|---|---|

| Title | Dates of Employment | | Supervisor |
|---|---|---|---|

| Title | Dates of Employment | | Supervisor |
|---|---|---|---|

| Title | Dates of Employment | | Supervisor |
|---|---|---|---|

CONTINUE ON ADDITIONAL SHEETS IF NECESSARY