January 30, 2023

MEMO ENDORSED

**Via ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Gregoire Tournant*, 22-cr-276 (LTS)

Dear Chief Judge Swain:

The Government and Mr. Tournant respectfully submit this letter to jointly update the Court on the parties' discussions regarding an agreed-upon pretrial disclosures schedule. (*See* Oct. 27, 2022 Tr. at 33-34.) The parties have not yet been able to reach an agreement on the schedule. The parties will continue to negotiate and will provide the Court with another status report by no later than March 31, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

       s/
Nicholas Folly
Margaret Graham
Allison Nichols

*Assistant United States Attorneys*

LEVINE LEE LLP

*s/ Seth L. Levine*
Seth L. Levine
Alison M. Bonelli
1500 Broadway, Suite 2501
New York, New York 10036
slevine@levinelee.com
abonelli@levinelee.com

*Attorneys for Defendant Gregoire Tournant*

cc: All counsel of record (via ECF)
    Daniel R. Alonso, Esq. (via ECF)

The parties shall submit another status report by March 31, 2023.
DE 57 is resolved.
SO ORDERED.
2/8/2023
/s/ Laura Taylor Swain, Chief USDJ