UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No. 22-CR-276-LTS

GREGOIRE TOURNANT,                              ORDER

        Defendant.

-------------------------------------------------------x

        In light of the extensions to the pretrial motion briefing schedule in this case, the control evidentiary hearing dates currently scheduled for March 28, 2023, and March 29, 2023, are hereby adjourned to April 19, 2023, and April 20, 2023.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       February 24, 2023                      LAURA TAYLOR SWAIN
                                                            Chief United States District Judge