# LEVINE LEE LLP

### NEW YORK

1500 Broadway, Suite 2501<br>
New York, New York 10036<br>
212 223 4400 main<br>
www.levinelee.com<br>
<br>
**Seth L. Levine**<br>
212 257 4040 direct<br>
slevine@levinelee.com

March 6, 2023

**VIA ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**     *United States v. Gregoire Tournant*, 22-cr-276 (LTS)

Dear Chief Judge Swain:

      We write on behalf of Defendant Gregoire Tournant to respectfully request a brief extension of time to file our reply in support of our first-round motions from March 10, 2023 to March 15, 2023.  (*See* ECF No. 51.)  This is Mr. Tournant's second request for a modification to the briefing schedule.  The Government consents to Mr. Tournant's request.

                                       Respectfully submitted,

                                       /s/ Seth L. Levine
                                       Seth L. Levine
                                       Alison M. Bonelli

cc:     Daniel R. Alonso, Esq. (via ECF)
        All Counsel of Record (via ECF)