UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　No. 22-CR-276-LTS

GREGOIRE TOURNANT,　　　　　　　　　　　　　　Order

      Defendant.

-------------------------------------------------------x

The Court will hear oral arguments on Mr. Tournant's pending pretrial motions on April 19, 2023, at 2:30 pm, in courtroom 17C. The defense and the prosecution shall each be allotted a total of 45 minutes to argue both motions (the motion to dismiss/privilege motion, and the Brady motion), and may allocate their time between the two motions as they see fit.

      SO ORDERED.

Dated: New York, New York　　　　　　　　　　　 /s/ Laura Taylor Swain_____
       April 10, 2023　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
                                                      Chief United States District Judge