UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

  -v-                                                     No.   22-CR-276-LTS

<u>ORDER</u>

GREGOIRE TOURNANT,

        Defendant.

-------------------------------------------------------x

        Today, the Court has filed under seal and provided directly to the parties its Opinion and Order denying Mr. Tournant's Motion to Dismiss the Indictment (docket entry no. 53), in order to afford the parties an opportunity to request redactions of information that has been filed under seal to the extent the parties contend that such redaction is necessary.  By August 14, 2023, the parties shall inform the Court in writing of any requested redactions to the Opinion and Order, and shall provide a rationale for any requested redactions.  Each requested redaction shall be indicated by highlighting on a copy of the opinion submitted with the party's redaction request.  If no objections are received by 5:00 p.m. on August 14, 2023, the Court will file the Opinion and Order on the public docket in its entirety.  The next pretrial conference in this case is hereby scheduled for September 19, 2023, at 11:30 am.

        SO ORDERED.

Dated: New York, New York
       August 3, 2023

                                                                                        /s/ Laura Taylor Swain
                                                                                      LAURA TAYLOR SWAIN
                                                                                      Chief United States District Judge