UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                         No.   22-CR-276-LTS

GREGOIRE TOURNANT,

        Defendant.

-------------------------------------------------------x

## ORDER

        The Court's unredacted Opinion and Order on Mr. Tournant's Motion to Dismiss the Indictment has now been filed on the public docket. (Docket entry no. 86). In light of the Court's determination (as explained in the Opinion) that Mr. Tournant's communications that were the subject of that motion practice are not protected by the attorney-client privilege, the parties are directed to meet, confer, and show cause in writing, **by August 25, 2023**, as to why the sealed submissions previously filed in connection with the Motion to Dismiss should not now be unsealed.

        SO ORDERED.

Dated: New York, New York
       August 16, 2023

                                                                                     /s/ Laura Taylor Swain
                                                                                     LAURA TAYLOR SWAIN
                                                                                     Chief United States District Judge