October 10, 2023

**VIA ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Gregoire Tournant*, 22-cr-276 (LTS)

Dear Chief Judge Swain:

    We respectfully submit this joint letter pursuant to the Court's September 26, 2023 order directing the parties to confer and inform the Court as to their availability for a trial between mid-June 2024 and mid-September 2024. The parties have conferred and are available to begin trial on or after July 15, 2024.[1]

    The parties currently estimate that the trial may take six weeks. However, counsel for Mr. Tournant respectfully submits that, given Mr. Tournant's evolving health issues, Mr. Tournant may need to request certain accommodations during trial, including, but not limited to, shorter trial days, which may extend the trial.

    We thank the Court for its consideration.

                                                                                       Respectfully submitted,

| | |
|---|---|
| DAMIAN WILLIAMS<br>United States Attorney | LEVINE LEE LLP<br><br>    *s/ Seth L. Levine* |
|         *s/*        <br>Nicholas Folly<br>Margaret Graham<br>Allison Nichols<br><br>*Assistant United States Attorneys* | Seth L. Levine<br>Alison M. Bonelli<br>1500 Broadway, Suite 2501<br>New York, New York 10036<br>slevine@levinelee.com<br>abonelli@levinelee.com<br><br>*Attorneys for Defendant Gregoire Tournant* |

cc: All counsel of record (via ECF)
    Daniel R. Alonso, Esq. (via ECF)

---

[1] The defense is providing its availability for scheduling purposes but reserves the right to seek an extension of the trial date based on the substantive discovery issues raised in its second-round motions (ECF No. 98) and most recently at the September 26, 2023 conference.