

November 14, 2023

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019

+1 212-506-5000

**orrick.com**

**Daniel R. Alonso**
Partner
**E** dalonso@orrick.com
**D +** 212-600-2340

<u>**VIA ECF AND EMAIL**</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Gregoire Tournant,* **22-cr-276 (LTS)**

Dear Chief Judge Swain:

    We write on behalf of Mr. Tournant to respectfully request that his travel restrictions be modified from November 27 to November 29, 2023, to allow Mr. Tournant to travel to the Central District of California for a medical appointment in Los Angeles related to his evolving health issues. The government and Mr. Tournant's pretrial services officer consent to this request.

    We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ *Daniel R. Alonso*
Daniel R. Alonso

cc:   Seth L. Levine, Esq.
      Margaret Graham, AUSA
      Nicholas Folly, AUSA
      Allison Nichols, AUSA
      Megan Dibsie, U.S. Probation and Pretrial Services (via e-mail only)