UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                             No.  22-CR-276-LTS

GREGOIRE TOURNANT,

        Defendant.

-------------------------------------------------------x

## Order

The Court has Mr. Tournant's most recent pretrial motion (docket entry nos. 98-100) under advisement, and has determined that no oral argument is necessary to resolve the motion.  Having addressed Mr. Tournant's request for oral argument, and in absence of additional matters in need of immediate judicial attention, the pretrial conference currently scheduled for December 13, 2023, is hereby adjourned to **January 9, 2024, at 2:30 PM** in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York
        December 1, 2023

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                               Chief United States District Judge