UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No.  22-CR-276-LTS

GREGOIRE TOURNANT,

        Defendant.

-------------------------------------------------------x

## ORDER

A pretrial conference in this case is scheduled to be held on April 2, 2024, at 11:00 AM.  The parties are directed to meet and confer and file a report with the Court by 5:00 PM on March 29, 2024, as to whether the conference should go forward or be adjourned for a specified period of time.

      SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
       March 20, 2024                             LAURA TAYLOR SWAIN
                                                           Chief United States District Judge