**LEVINE LEE LLP**

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

Seth L. Levine
212 257 4040 direct
slevine@levinelee.com

<u>MEMO ENDORSED</u>

March 29, 2024

**VIA ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Gregoire Tournant*, 22-cr-276 (LTS)**

Dear Chief Judge Swain:

      The Government and Mr. Tournant respectfully submit this joint letter pursuant to the Court's March 20, 2024 Order directing the parties to confer regarding whether the April 2, 2024 conference should go forward as-scheduled, or be adjourned for a specified period of time. (*See* Dkt. 125.) The parties have conferred and respectfully request that the conference be adjourned for two weeks.

      We thank the Court for its consideration.

Respectfully submitted,

LEVINE LEE LLP

*Seth L. Levine*
Seth L. Levine
Alison M. Bonelli
1500 Broadway, Suite 2501
New York, New York 10036
slevine@levinelee.com
abonelli@levinelee.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Daniel R. Alonso
Olivia A. Rauh
51 West 52nd Street
New York, New York 10019
dalonso@orrick.com
orauh@orrick.com

*Attorneys for Defendant Gregoire Tournant*

cc: All counsel of record (via ECF)

The foregoing request is granted.  The pretrial conference is hereby adjourned to **April 17, 2024, at 2:30 PM** in Courtroom 17C.  DE 126 is resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
March 29, 2024