# LEVINE LEE LLP

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

April 29, 2024

<u>**VIA ECF**</u>
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Gregoire Tournant*, 22-cr-276 (LTS)

Dear Chief Judge Swain:

      The Government and Mr. Tournant submit this joint letter to respectfully request that the Court adjourn the conference currently scheduled for May 1, 2024 at 12:00 PM. The parties respectfully request that the conference be adjourned for one week. The parties have conferred and are available for a conference on May 7 or in the afternoon on May 8, if convenient for the Court.

      We thank the Court for its consideration.

      Respectfully submitted,

      LEVINE LEE LLP

      <u>/s/ Seth L. Levine</u>
      Seth L. Levine
      Alison M. Bonelli
      1500 Broadway, Suite 2501
      New York, New York 10036
      slevine@levinelee.com
      abonelli@levinelee.com

      *Attorneys for Defendant Gregoire Tournant*

cc:    Daniel R. Alonso, Esq.
        All counsel of record (via ECF)