# LEVINE LEE LLP

1500 Broadway, Suite 2501<br>
New York, New York 10036<br>
212 223 4400 main<br>
www.levinelee.com<br>
<br>
**Seth L. Levine**<br>
212 257 4040 direct<br>
slevine@levinelee.com

April 29, 2024

__MEMO ENDORSED__

**VIA ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Gregoire Tournant*, 22-cr-276 (LTS)

Dear Chief Judge Swain:

  The Government and Mr. Tournant submit this joint letter to respectfully request that the Court adjourn the conference currently scheduled for May 1, 2024 at 12:00 PM. The parties respectfully request that the conference be adjourned for one week. The parties have conferred and are available for a conference on May 7 or in the afternoon on May 8, if convenient for the Court.

  We thank the Court for its consideration.

Respectfully submitted,<br><br>
LEVINE LEE LLP<br><br>
<u> /s/ Seth L. Levine </u><br>
Seth L. Levine<br>
Alison M. Bonelli<br>
1500 Broadway, Suite 2501<br>
New York, New York 10036<br>
slevine@levinelee.com<br>
abonelli@levinelee.com<br><br>
*Attorneys for Defendant Gregoire Tournant*

The foregoing request is granted. The pretrial conference is hereby adjourned to **May 8, 2024, at 2:30 PM** in Courtroom 17C. DE 130 is resolved.
SO ORDERED.
April 29, 2024
/s/ Laura Taylor Swain, Chief USDJ

cc: Daniel R. Alonso, Esq.
   All counsel of record (via ECF)