# LEVINE LEE LLP

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

May 6, 2024

**VIA ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Gregoire Tournant*, 22-cr-276 (LTS)

Dear Chief Judge Swain:

    The Government and Mr. Tournant submit this joint letter to respectfully request that the Court adjourn the conference currently scheduled for May 8, 2024 at 2:30 PM. The parties respectfully request that the conference be adjourned for one week. The parties have conferred and are available for a conference on May 16, if convenient for the Court.

    We thank the Court for its consideration.

    Respectfully submitted,

    LEVINE LEE LLP

    */s/ Seth L. Levine*
    Seth L. Levine
    Alison M. Bonelli
    1500 Broadway, Suite 2501
    New York, New York 10036
    slevine@levinelee.com
    abonelli@levinelee.com

    *Attorneys for Defendant Gregoire Tournant*

cc:    Daniel R. Alonso, Esq.
       All counsel of record (via ECF)