UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

GREGOIRE TOURNANT,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

S1 22 Cr. 276 (LTS)

WHEREAS, on or about June 7, 2024, GREGOIRE TOURNANT (the "Defendant"), was charged in a Superseding Information, S1 22 Cr. 276 (LTS) (the "Information"), with investment adviser fraud, in violation of Title 15, United States Code, Sections 80b-6(4) and 80b-17, Title 17, Code of Federal Regulations, Section 275.206(4)-8, and Title 18, United States Code, Section 2 (Counts One and Two);

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information that the Defendant personally obtained;

WHEREAS, on or about June 7, 2024, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit to the United States, a total sum of money equal to $17,577,908

in United States currency, representing proceeds traceable to the commission of the offenses charged in Counts One and Two of the Information;

WHEREAS, in partial satisfaction of his forfeiture obligation, the Defendant agrees to release all claims to unpaid deferred compensation and any funds invested with Allianz Global Investors, including any restitution claim for lost invested funds, in the total amount of $14,577,908, representing proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of a money judgment in the amount of $3,000,000 in United States currency, representing the remaining amount of proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Nicolas Roos, of counsel, and the Defendant and his counsel, Seth L. Levine, Esq. and Daniel R. Alonso, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $3,000,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable

to the offenses charged in Counts One and Two of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, all claims to unpaid deferred compensation and any funds invested with Allianz Global Investors, including any restitution claim for lost invested funds, in the total amount of $14,577,908, have been released by the Defendant, and $14,577,908 of the agreed forfeiture has been satisfied.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, GREGOIRE TOURNANT, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance & Money Laundering Unit, 26 Federal Plaza. 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

5. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

7.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

8.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          6/7/24
Nicolas Roos                           DATE
Assistant United States Attorney
26 Federal Plaza, 38th Floor
New York, NY 10007
(212) 637-2421


GREGOIRE TOURNANT

By: _____          6/7/24
GREGOIRE TOURNANT                      DATE

By: _____          6/7/24
DANIEL R. ALONSO, ESQ.                 DATE
Orrick, Herrington, & Sutcliffe, LLP
Attorney for Defendant
51 West 52nd Street
New York, NY 10019
(212) 600-2340

SETH L. LEVINE
Levine Lee LLP
Attorney for Defendant
400 Madison Avenue
New York, NY 10017
(212) 257-4040

SO ORDERED:

_____              June 7, 2024
HONORABLE LAURA TAYLOR SWAIN           DATE
UNITED STATES DISTRICT JUDGE