UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GREGOIRE TOURNANT,

Defendant.

**WAIVER OF INDICTMENT**

S1 22 Cr. 276 (LTS)

The above-named defendant, who is accused of violating Title 15, United States Code, Sections 80b-6(4) and 80b-17, as well as Title 17, Code of Federal Regulations, Section 275.206(4)-8, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
GREGOIRE TOURNANT
Defendant

_____
Witness

_____
SETH L. LEVINE
Attorney for Defendant

Dated: New York, New York
       June 6, 2024