UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                No.  22-CR-276-LTS

GREGOIRE TOURNANT,

        Defendant.

-------------------------------------------------------x

## ORDER

The U.S. Probation Office has communicated to the Court defense counsel's request that the defense be given additional time to file objections to the first disclosure of the presentence report.  This request is granted, and the objection deadline is extended from September 4, 2024, to September 30, 2024.  The final disclosure date for the presentence report is extended, with the parties' consent, to October 18, 2024.

The parties are directed to confer and to promptly propose to the Court a sentencing submission schedule that will provide sufficient time for the Court to review the parties' papers prior to the sentencing hearing, which is currently scheduled for November 15, 2024.

      SO ORDERED.

Dated: New York, New York                     /s/ Laura Taylor Swain
      September 4, 2024                    LAURA TAYLOR SWAIN
                                                  Chief United States District Judge