UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

  -v-                                                                                                           No.  22-CR-276-LTS

GREGOIRE TOURNANT,

        Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing in this case is scheduled for Friday, December 6, 2024, at 11:00 AM.

Pursuant to 18 U.S.C. section 3553(a), the Court, in determining the particular sentence to be imposed, is required to consider the need for the sentence imposed to provide the defendant with needed medical care in the most effective manner, among other factors.  See 18 U.S.C. § 3553(a)(2)(D).  In connection with this requirement, the Court notes that the Government has represented that it has provided a letter and medical records with information concerning Mr. Tournant's health issues to the Federal Bureau of Prisons ("BOP"), so that the BOP "can assess its ability to care for [Mr.] Tournant."  (Docket entry no. 163 at 21 n.3.)

To assist the Court in its evaluation of the Section 3553(a) factors, the Government is directed to file, by **12:00 PM on December 5, 2024**, a statement regarding the BOP's ability to provide continuity of care to Mr. Tournant and, specifically, which, if any, elements of his current specialized diagnostic and treatment regimens it will be able to provide if he is sentenced to a custodial term.  Confidential medical information may be redacted from the public filing, with unredacted copies provided directly to Chambers and defense counsel, and to

the Records Management Department, together with a copy of this Order.

    SO ORDERED.

Dated: New York, New York       /s/ Laura Taylor Swain
      December 2, 2024      LAURA TAYLOR SWAIN
                                      Chief United States District Judge