# LEVINE LEE LLP

# MEMO ENDORSED

400 Madison Ave
New York, New York 10017
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

December 12, 2024

**VIA ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Gregoire Tournant*, **22-cr-276 (LTS)**

Dear Chief Judge Swain:

      Consistent with the Court's direction during Mr. Tournant's sentencing proceeding on December 6, 2024, defense counsel has begun to confer with Probation concerning implementation of Mr. Tournant's home confinement and electronic monitoring in a manner that accounts for Mr. Tournant's health issues and his need to have access to doctors and health-related professionals locally and elsewhere. (Dec. 6 Tr. 52-54). We expect that those discussions will be completed no later than the week of January 6, 2025. Of course, if there are any impediments that cannot be overcome, Mr. Tournant will provide notice to the Court.

      As set forth at sentencing and as reflected in the Judgment, the Court gave Probation discretion to determine when Mr. Tournant's home confinement would commence. (Dec. 6 Tr. 53; ECF No. 172). In an abundance of caution, we write to respectfully request that defense counsel and Probation be permitted to work to resolve these issues with the intention of commencing home confinement and monitoring the week of January 6, 2025, if possible.

      We thank the Court for its consideration.

Respectfully submitted,

LEVINE LEE LLP

*/s/ Seth L. Levine*
Seth L. Levine
400 Madison Ave
New York, New York 10017
slevine@levinelee.com

*Attorneys for Defendant Gregoire Tournant*

---

The foregoing request is granted to the extent that, although home confinement will commence at the direction of the Probation Office, that Office is directed to continue to work with Mr. Tournant and his representatives to resolve any monitoring issues posed by his medical needs and, unless all parties are in agreement, no wearable monitoring device shall be installed before January 10, 2025.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 12/12/24

    cc:    All counsel of record