UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                           No. 22-CR-276-LTS

GREGOIRE TOURNANT,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received a number of pro se requests signed by Moussa Diarra, including a request to proceed in forma pauperis, captioning his documents with the docket number of the above-captioned criminal case. Mr. Diarra is not a party to the above-captioned case, and his requests refer principally to civil matters unrelated to the criminal case against Mr. Tournant. The Court hereby denies all of Mr. Diarra's requests as having no basis in law or fact that is pertinent to the criminal case against Mr. Tournant, without prejudice to any proceedings that may be appropriate in a forum that is appropriate for the matters referenced in the filing. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Diarra at the address listed below.

This Order resolves docket entry no. 180.

    SO ORDERED.

Dated: New York, New York            /s/ Laura Taylor Swain
      December 20, 2024               LAURA TAYLOR SWAIN
                                             Chief United States District Judge

<u>Mail to:</u>

Moussa Diarra
001-059-159
Cobb County Sheriff
P.O. Box 100110
Maretta, GA 30061