UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                No. 22-CR-276-LTS

GREGOIRE TOURNANT,

       Defendant.

--------------------------------------------------------x

<u>ORDER</u>

       Upon the letter application of counsel for defendant Gregoire Tournant, dated June 15, 2026, and with the consent of the Government, it is hereby

       ORDERED that the bail bond posted by defendant Gregoire Tournant in the above-captioned case is satisfied and the security released; and it is further

       NOTED that the Notice of Agreement to Confess Judgment executed by Gregoire Tournant on May 28, 2022, and recorded on May 31, 2022, in the Office of the Clerk and Recorder of Pitkin County, Colorado, as Reception No. 687937 (the "Agreement"), provides that, upon the release of the referenced bail bond, the Agreement is void and of no further force and effect.

       Docket entry no. 185 is resolved.

       SO ORDERED.

Dated: New York, New York          /s/ Laura Taylor Swain
      June 16, 2026             LAURA TAYLOR SWAIN
                       Chief United States District Judge